| | |
|---|---|
| LESLIE A. BAILEY (SBN 232690) | CHARLES MOORE* |
| lbailey@publicjustice.net | cmoore@publicjustice.net |
| BRIAN HARDINGHAM (SBN 288773) | PUBLIC JUSTICE |
| bhardingham@publicjustice.net | 1620 L Street NW, Suite 630 |
| PUBLIC JUSTICE | Washington, DC 20036 |
| 475 14th St., Ste. 610 | Telephone: (202) 797-8600 |
| Oakland, CA 94612 | |
| Telephone: (510) 622-8150 | *Pro hac vice application forthcoming |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP URQUIDI;<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES OFFICIAL POLICE GARAGE, a non-profit corporation; CITY OF LOS ANGELES POLICE DEPARTMENT, a public entity; MICHEL R. MOORE, in his official capacity; and JON'S TOWING INC., a California corporation.<br><br>           Defendants. | Case No. 2:23-cv-02568<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Rule 83-1.3.1 of the Local Civil Rules for the U.S. District Court for the Central District of California, Plaintiff Phillip Urquidi hereby gives notice of the following related case*: Breonnah Fitzpatrick v. City of Los Angeles* et al., No. 2:21-cv-06841-JGB-SP, filed August 25, 2021, and currently pending in this Court.

At issue in the *Fitzpatrick* litigation, as in this case, are challenges to Defendants' practices of seizing, towing, and impounding vehicles without warrants; Defendants' administrative processes surrounding review of those seizures; and the fines imposed by Defendants. As in the present case, the *Fitzpatrick* plaintiffs have brought claims under, *inter alia*, the Fourth, Eighth, and Fourteenth

-1-
NOTICE OF RELATED CASE

Amendments of the U.S. Constitution. The instant litigation presents many of the same legal theories and involves many of the same factual issues, including but not limited to the following: (a) Defendants' justification for the seizure, towing, and storage of vehicles impounded pursuant to Section 22651 of the California Vehicle Code; (b) the post-storage hearing processes provided by Defendants after the towing and storage of a vehicle; (c) the fines required to be paid for the recovery of vehicles that have been towed and stored by Defendants. The City of Los Angeles is the principal defendant in both cases. The cases both arise out of the same or closely related transaction, happening, or event—namely, the practices of Defendants challenged in both cases; call for the determination of the same or substantially related or similar questions of law and fact; and would entail substantial duplication of labor if heard by different judges.

DATED: April 5, 2023           Respectfully Submitted,

                               PUBLIC JUSTICE


                               By:  */s/ Leslie A. Bailey*
                                    LESLIE A. BAILEY
                                    Attorney for Plaintiff