| | |
|---|---|
| LESLIE A. BAILEY (SBN 232690)<br>lbailey@publicjustice.net<br>BRIAN HARDINGHAM (SBN 288773)<br>bhardingham@publicjustice.net<br>PUBLIC JUSTICE<br>475 14th St., Ste. 610<br>Oakland, CA 94612<br>Telephone: (510) 622-8150 | CHARLES MOORE*<br>cmoore@publicjustice.net<br>PUBLIC JUSTICE<br>1620 L Street NW, Suite 630<br>Washington, DC 20036<br>Telephone: (202) 797-8600<br><br>*Pro hac vice application forthcoming |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP URQUIDI;<br><br>   Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES OFFICIAL POLICE GARAGE, a non-profit corporation; CITY OF LOS ANGELES POLICE DEPARTMENT, a public entity; MICHEL R. MOORE, in his official capacity; and JON'S TOWING INC., a California corporation.<br><br>   Defendants. | Case No. 2:23-cv-02568<br><br>**DECLARATION OF PHILLIP URQUIDI IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

## **DECLARATION OF PHILLIP URQUIDI**

I, Phillip Urquidi, declare:

1. I have lived in the City of Los Angeles since 1997. I have personal knowledge of the facts set forth in this declaration and, if called to testify, I could competently testify as to these facts.

2. I am 25 years old. My only income is from day labor work at a warehouse that I obtain through a temp agency. I earn about $15/hour, working about 8 hours each day that I am able to obtain work. The agency gets me work one or two days each week. I rely on CalFresh benefits for food assistance.

3. Over a year ago, I fell on hard times when I lost my job and could no longer afford to pay rent. Since that time, I have been sleeping in my 2009 Nissan Titan pickup truck. The truck has a Texas license plate, number MDJ6724. I have kept all my personal possessions and the tools I need for my work in my truck.

4. On February 20, 2023, I was arrested by an LAPD officer. At the time of my arrest, my truck was on the small residential street outside my grandmother and auntie's home, at 21041 Cohasset Street, Canoga Park, 91303. I told the officers I lived in my truck and asked them not to tow it. My auntie and grandma were home at the time, so I asked the officers if they or I could give the truck keys to my family so they could park it, which would have required moving the truck just a few feet to the curb. Alternatively, I asked if the officers could park the truck and put my keys with my other property that would be taken from me when I was booked. I thought this was what was going to happen.

5. I was booked at the Topanga Police Station and taken to the Van Nuys Jail. I was in jail for the next nine days.

6. On February 27, 2023, I entered a plea of *no contest*, and I was released from jail on February 28, 2023. When I was released, I saw that my truck keys were not with the rest of my property.

7. A couple days after my release, I learned that my truck was being held at Jon's Towing lot in Canoga Park. I went there in person and asked for my truck back, but I was told that

they would not release the truck unless I could pay over $800 in fees. I was also told that more fees would be added every day, and that the truck could be sold at auction at the end of the month. Since I could not afford to pay that amount, I left. They did let me get my tools out of the truck.

8. My lawyer has informed me that as of April 3, 2023, the Official Police Garage website says I would have to pay over $4,000 for them to release my truck. There's no way I can afford that amount.

9. Without my truck as shelter, I've been forced to sleep outside on the street in the cold and rain. I have tried calling various shelters and programs to try to find a place to live but have not had any luck yet. At times my grandma and auntie have allowed me to stay with them, but this is only temporary.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on ~~April 4, 2023~~ at ~~[illegible]~~ California.
April 5, Canoga Park

Phillip Urquidi

-3-
DECLARATION OF PHILLIP URQUIDI