HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
JOSEPH S. PERSOFF, Deputy City Attorney (SBN 307986)
200 North Main Street, 6th Floor, City Hall East
gabriel.dermer@lacity.org
joseph.persoff@lacity.org
Los Angeles, CA 90012
Phone No.: (213) 978-7560
Fax No.:    (213) 978-7011

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, CITY OF LOS ANGELES POLICE
DEPARTMENT, MICHEL R. MOORE**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP URQUIDI;<br><br>                    Plaintiff,<br><br>        vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES OFFICIAL POLICE GARAGE, a non-profit corporation; CITY OF LOS ANGELES POLICE DEPARTMENT, a public entity; MICHEL R. MOORE, in his official capacity; and JON'S TOWING, INC., a California Corporation.<br><br>                    Defendants. | CASE NO.  2:23-cv-02568-JBG-SP<br><br>**DEFENDANT CITY OF LOS ANGELES'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Filed concurrently with Opposition to Ex Parte Application for TRO and Declaration of Reynaldo Martinez] |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Evidence, Rule 201, Defendant City of Los Angeles respectfully requests that the Court take judicial notice of the following exhibits in support of its Opposition to Plaintiff's Ex Parte Application for a Temporary Restraining Order:

- Criminal Protective Order – Domestic Violence, *People v. Urquidi*, Los Angeles County Superior Court Case No. 3VW01025, dated January 4, 2023, a true and correct copy of which is attached as **Exhibit A**;

- California Secretary of State, Statement of Information, Jon's Towing, Inc., filed May 16, 2022, a true and correct copy of which is attached as **Exhibit B**;

- First Amended and Restated Agreement No. C-129766 Between the City of Los Angeles and Jon's Towing, Inc., a true and correct copy of which is attached as **Exhibit C**;

- Los Angeles Municipal Code § 21.15.2, a true and correct copy of which is attached as **Exhibit D**;

- Los Angeles Municipal Code § 80.77.1, a true and correct copy of which is attached as **Exhibit E**;

- The City of Los Angeles Webpage titled, "Winter Shelters Open for People Experiencing Homelessness," dated February 22, 2023, a true and correct copy of which is attached as **Exhibit F** and can be accessed at https://lacity.gov/highlights/winter-shelters-open-people-experiencing-homelessness.

The content of court records, Los Angeles Municipal Code sections, documents on government websites, and government records may be judicially noticed under Fed. R.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPP. TO APP. FOR TRO

Evid. § 201 as it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities. . . and neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein."); *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025, n.2 (9th Cir. 2006) (judicial notice of city ordinances is proper); *U.S. v. Howard*, 381 F.3d 873, 876, n.1 (9th Cir. 2004) (a court may take judicial notice of court records of another case); *Bassilios v. City of Torrance*, 166 F.Supp.3d 1061, 1065, n.1 (C.D. Cal. 2015) (taking judicial notice of municipal code).

Dated: April 18, 2023            HYDEE FELDSTEIN SOTO, City Attorney
                                 SCOTT MARCUS, Chief Assistant City Attorney
                                 GABRIEL S. DERMER, Assistant City Attorney
                                 JOSEPH S. PERSOFF, Deputy City Attorney

                                 By:   /s/ Gabriel S. Dermer
                                       Gabriel S. Dermer
                                       Assistant City Attorney
                                       Attorneys for Defendants

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPP. TO APP. FOR TRO

# EXHIBIT A

274230250l224    ENTRY/MOD: N6589 4/25/23    2221·18353
3rd Party? ∅ PAUL 1/3/23

CR-160

<table>
<tr><td>
<b>SUPERIOR COURT OF CALIFORNIA, COUNTY OF</b><br>
STREET ADDRESS:   SUPERIOR COURT OF LOS ANGELES<br>
MAILING ADDRESS:   NORTHWEST DISTRICT-VAN NUYS<br>
CITY AND ZIP CODE:   14400 ERWIN STREET MALL<br>
BRANCH NAME:   VAN NUYS  CALIF 91401
</td><td>
FOR COURT USE ONLY<br>
<b>CONFORMED COPY</b><br>
<b>ORIGINAL FILED</b><br>
Superior Court of California<br>
County of Los Angeles<br><br>
JAN 04 2023<br><br>
David W. Slayton, Executive Officer/Clerk of Court
</td></tr>
</table>

**PEOPLE OF THE STATE OF CALIFORNIA**

vs.

DEFENDANT: Philip Adam Urquidi

**CRIMINAL PROTECTIVE ORDER—DOMESTIC VIOLENCE**
**(CLETS - CPO)** (Pen. Code, §§ 136.2, 1203.097(a)(2), 136.2(i)(1), 273.5(j), 368(l), and 646.9(k))

[✓] ORDER UNDER PENAL CODE, § 136.2    [ ] MODIFICATION
[ ] PROBATION CONDITION ORDER (Pen. Code, § 1203.097)
ORDER UNDER:   [ ] PENAL CODE, § 136.2(i)(1)    [ ] PENAL CODE, § 273.5(j)
   [ ] PENAL CODE, § 368(l)    [ ] PENAL CODE, § 646.9(k)

CASE NUMBER: 3VWO1025

**This Order May Take Precedence Over Other Conflicting Orders; See Item 4 on Page 2.**

PERSON TO BE RESTRAINED (complete name): Philip Adam Urquidi
Sex: [✓] M   [ ] F   Ht: 601   Wt: 185   Hair color: bro   Eye color: haz   Race: H   Age: 25   Date of birth: ▮▮97

1. This proceeding was heard on (date): 1-4-23   at (time):   in Dept.: 101   Room:   by judicial officer (name): JESIC

2. **This order expires on (date):**   . If no date is listed, this order expires three years from date of issuance.

3. [✓] Defendant was personally served with a copy of this order at the court hearing, and no additional proof of service of this order is required.

4. FULL NAME, AGE, AND GENDER OF EACH PROTECTED PERSON: Yolotzin A. (F) (19)

5. [ ] For good cause shown, the court grants the protected persons named above the exclusive care, possession, and control of the following animals:

6. [ ] The court has information that the defendant owns or has a firearm or ammunition, or both.

**GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT**   '24 JAN 25 20:56

7. [ ] must not harass, strike, threaten, assault (sexually or otherwise), follow, stalk, molest, destroy or damage personal or real property, disturb the peace, keep under surveillance, or block movements of the protected persons named above.

8. [ ] **must not own, possess, buy or try to buy, receive or try to receive, or otherwise obtain a firearm or ammunition. The defendant must surrender to local law enforcement, or sell to or store with a licensed gun dealer any firearm owned by the defendant or subject to his or her immediate possession or control within 24 hours after service of this order and must file a receipt with the court showing compliance with this order within 48 hours of receiving this order.**

   [ ] The court finds good cause to believe that the defendant has a firearm within his or her immediate possession or control and sets a review hearing for (date):   to ascertain whether the defendant has complied with the firearm relinquishment requirements of Code Civ. Proc., § 527.9. (Cal. Rules of Court, rule 4.700.)

   [ ] The court has made the necessary findings and applies the firearm relinquishment exemption under Code Civ. Proc., § 527.9(f). The defendant is not required to relinquish this firearm (specify make, model, and serial number of firearm):

9. [ ] must not attempt to or actually prevent or dissuade any victim or witness from attending a hearing or testifying or making a report to any law enforcement agency or person.

10. must take no action to obtain the addresses or locations of protected persons or their family members, caretakers, or guardian unless good cause exists otherwise.   [ ] The court finds good cause not to make the order in item 10.

11. [ ] must be placed on electronic monitoring for (specify length of time):   . (Not to exceed 1 year from the date of this order. Pen. Code, § 136.2(a)(1)(G)(iv) and Pen. Code, § 136.2(i)(3).)

12. [✓] must have no personal, electronic, telephonic, or written contact with the protected persons named above.

13. [✓] must have no contact with the protected persons named above through a third party, except an attorney of record.

14. [✓] must not come within 150 yards of the protected persons and animals named above.

15. [ ] must not take, transfer, sell, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the animals described in item 5.

16. [ ] may have peaceful contact with the protected persons named above, as an exception to the "no-contact" or "stay-away" provision in item 12, 13, or 14 of this order, only for the safe exchange of children and court-ordered visitation as stated in:
   a. [ ] the Family, Juvenile, or Probate court order in case number:   issued on (date):
   b. [ ] any Family, Juvenile, or Probate court order issued after the date this order is signed.

17. [✓] The protected persons may record any prohibited communications made by the restrained person.

18. [ ] Other orders including stay-away order from specific locations:

Executed on: 1-4-23   (DATE)    SIGNATURE OF JUDICIAL OFFICER    Department/Division:

Form Adopted for Mandatory Use   **CRIMINAL PROTECTIVE ORDER—DOMESTIC VIOLENCE**   Penal Code, §§ 136.2, 166, 1203.097(a)(2),<br>
Judicial Council of California    273.5(j), 368(l), 646.9(k), and 136.2(i)(1)<br>
CR-160 [Rev. January 22, 2019]   **Exhibit A**   www.courts.ca.gov<br>
Approved by Department of Justice    Page 1 of 2

Exhibit A
2

# EXHIBIT B

BA20220225679



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20220225679 |
| Date Filed: 5/16/2022 |

B0741-4040  05/16/2022  2:33  PM Received by California Secretary of State

---

**Entity Details**

| | |
|---|---|
| Corporation Name | JON'S TOWING INC. |
| Entity No. | 0475538 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 7930 DEERING AVE.<br>CANOGA PARK, CA 91304 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 9030 NORRIS AVENUE<br>SUN VALLEY, CA 91352 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 7930 DEERING AVE.<br>CANOGA PARK, CA 91304 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| HOVIG GABOUDIAN | 9030 NORRIS AVENUE<br>SUN VALLEY, CA 91352 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Hovig Gaboudian | 9030 Norris Avenue<br>Sun Valley, CA 91352 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | Hovig Gaboudian |
| Agent Address | 9030 NORRIS AVENUE<br>SUN VALLEY, CA 91352 |

**Type of Business**

| | |
|---|---|
| Type of Business | TOWING SERVICE |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Exhibit B**
**4**

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Hovig Gaboudian*

Signature

*05/16/2022*

Date

B0741-4041 05/16/2022 2:33 PM Received by California Secretary of State

**Exhibit B**
**5**

# EXHIBIT C

Exhibit C
6

# CONTRACT SUMMARY SHEET

TO:  THE OFFICE OF THE CITY CLERK           DATE: June 25, 2021
     COUNCIL/PUBLIC SERVICES DIVISION
     ROOM 395, CITY HALL

### (PLEASE DO NOT STAPLE THE CONTRACT FOR THE CLERK'S FILE)

### *FORM MUST BE TYPEWRITTEN*

FROM (DEPARTMENT): Los Angeles Police Department – Commission Investigation Division

CONTACT PERSON: Detective Corey Harmon     PHONE NO: (213) 996-1270

CONTRACT NO.: C129766                      COUNCIL FILE NO.:

ADOPTED BY COUNCIL: February 7, 2017       NEW CONTRACT ___
                                           AMENDED AND RESTATED __X
                                           ADDENDUM NO. ___
APPROVED BY BPW: _____     SUPPLEMENTAL NO.___
                                           CHANGE ORDER NO.___
                                           AMENDMENT___

CONTRACTOR NAME: Jon's Towing Inc.

TERM OF CONTRACT: February 7, 2017         Through February 6, 2022
EXTENDED TERMS _____       Through:_____

TOTAL AMOUNT:_____

PURPOSE OF CONTRACT: Official Police Garage towing and storage for Service Area 10 –
change of ownership

*NOTE: CONTRACTS ARE PUBLIC RECORDS* **Exhibit C** *SIGNED AND UPLOADED TO THE INTERNET*

**7**

FIRST AMENDED AND RESTATED AGREEMENT NO. C-129766
BETWEEN THE CITY OF LOS ANGELES
AND
JON'S TOWING INC.
FOR OFFICIAL POLICE GARAGE TOWING AND STORAGE SERVICES FOR
SERVICE AREA 10

THIS FIRST AMENDED AND RESTATED AGREEMENT No. C-129766 is entered into by and between the City of Los Angeles (hereinafter referred to as the "City"), a municipal corporation, acting by and through the Board of Police Commissioners (hereinafter referred to as the "Board"), and Jon's Towing Inc., a California corporation (hereinafter referred to as the "Contractor", or the "Official Police Garage", or the "OPG").

WHEREAS on February 25, 2013, the Board approved, and on December 6, 2013, the City Council approved the template agreement applicable to all City official police garages upon which this Agreement is based;

WHEREAS, pursuant to a Request for Proposals (RFP) process, the City's OPG Review Committee determined that Howard Sommers Towing, Inc. was the best qualified firm to provide standard-duty towing and storage services as an official police garage for Service Area 10 of the LAPD, and thus recommended that a Contract be awarded to Howard Sommers Towing, Inc.

WHEREAS, on December 6, 2016, the Board approved the OPG Review Committee's recommendation to award a contract to Howard Sommers Towing, and forwarded the recommendation to City Council;

WHEREAS, on February 7, 2017, the City Council approved the award of contract for Service Area 10 to Howard Sommers Towing, Inc. and on June 27, 2017 the City and Howard Sommers, Inc. entered into Agreement Number C-129766 (the "Original Contract").

WHEREAS, on February 9, 2021, the Board approved and on April 7, 2021 the City Council approved, the sale and transfer of Howard Sommers Towing, Inc., to Contractor.

WHEREAS, the sale and transfer of Howard Sommers Towing, Inc. to Contractor is completed, Contractor has agreed to be bound by governing City ordinances and the terms and conditions of the Original Contract, City has consented to Contractor's assumption of the rights and obligations of the Original Contract, and City and Contractor desire to amend and restate the Original Contract accordingly.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*     *Page 1 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*
**Exhibit C**
**8**

NOW THEREFORE, in consideration of the premises, and the mutual covenants and agreements herein contained, the parties hereto represent and covenant as follows:

1.0 PARTIES TO THE AGREEMENT, REPRESENTATIVES, AND NOTICES

1.1 Parties to the Agreement

The parties to this Agreement are:

a) City – The City of Los Angeles, a municipal corporation, having its principal office at 200 North Spring Street, Los Angeles, California 90012.

b) Contractor – Howard Sommers Towing, Inc., a California for-profit corporation, having its principal office at 7891 Deering Avenue, Canoga Park, CA 91304-5006.

1.2 Representatives of the Parties

The representatives of the respective parties who are authorized to administer this Agreement and to whom formal notices, demands and communications will be given are as follows:

a. Unless otherwise stated in this Agreement, the representative of the City will be:

Eileen Decker, President
Los Angeles Police Commission
100 West 1st Street, Room 147
Los Angeles, California 90012

*With copies to:*

Richard M. Tefank
Executive Director
Los Angeles Police Commission
100 West 1st Street, Room 147
Los Angeles, California 90012
Telephone:      (213) 236-1400
Facsimile:      (213) 236-1410

b. The representatives of the Contractor will be:
Name:        Hovig Gaboudian
Title:        Owner

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                                    *Page 2 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**9**

| Company: | Jon's Towing Inc. |
|---|---|
| Address #1: | 7930 Deering Avenue |
| Address #2: | Canoga Park, CA 91304 |
| Telephone: | (818) 884-5600 |
| Facsimile: | (818) 771-1178 |
| Email: | jonstowinginc@yahoo.com |

## 1.3  Notices

Formal notices, demands and communications to be given hereunder by either party must be made in writing and may be effected by personal delivery or by registered or certified mail, postage prepaid, return receipt requested and will be deemed communicated as of the date of mailing. If the name of the person designated to receive the notices, demands or communications or the address of such person is changed, written notice must be given, in accord with this section, within five (5) working days of said change.

## 2.0  TERM OF THE AGREEMENT

The term of this Agreement will commence upon February 7, 2017 and will terminate five (5) years thereafter.  The City may, at its sole option, extend the term of the Agreement for up to one (1) additional five (5) year period or any portion thereof, subject to satisfactory performance by the Contractor, and subject to approval by the City Council. This Agreement is subject to the termination provisions herein.

### 2.1  Ratification Clause

Due to the need for Contractor's services to be provided upon the commencement of the Term hereof, Contractor may have provided services during the Term but prior to the execution of this Agreement. To the extent that said services were performed in accordance with the terms and conditions of this Agreement, those services are hereby accepted by the City and shall be treated as services performed under the terms and conditions of this Agreement.

## 3.0  GENERAL SCOPE OF SERVICES

### 3.1  General Duties

a. The OPG will respond to and provide standard-duty vehicle towing and storage services upon request by any Police Officer or Traffic Officer employed by the City of Los Angeles or other employee of the City authorized to request such service (hereinafter collectively referred to as "authorized City employee"), including:

**Exhibit C**

**10**

- Police Officers of the Los Angeles Police Department;
- Police Officers of the Port of Los Angeles;
- Police Officers of the City of Los Angeles World Airports;
- Traffic Officers of the City of Los Angeles, Department of Transportation;
- Authorized employees of the City of Los Angeles, Department of Building & Safety;
- Authorized employees of the City of Los Angeles, Department of Public Works;
- Authorized employees of the City of Los Angeles, Department of Recreation and Parks; and
- Representatives of any other City agency that are authorized in the removal of vehicles for the purpose of impound, storage, investigation, or forfeiture.

b. Typical towing situations will include, but are not limited to the removal, towing and storage of: illegally parked vehicles; vehicles disabled as the result of traffic accidents; abandoned vehicles; vehicles seized for evidentiary examination; abated vehicles; and, vehicles subject to forfeiture proceedings.

c. Requests for service will be made as to vehicles located on highways, public rights-of-ways, public property, and private property within the Contractor's Service Area of assignment, as specified below.

d. **"Standard-duty"** service is defined as relating to the towing and storage of vehicles weighing 10,000 pounds or less, or that do not otherwise constitute heavy-duty vehicles as defined below.

e. **"Heavy-duty"** service is defined as relating to vehicles possessing one or more of the following:

- Three (3) or more axles;
- A gross weight rating in excess of 10,000 GVWR;
- A combination of commercial trailers;
- Vehicle is longer than thirty (30) feet in length (including tongue);
- Wider than eight (8) feet in width utilizing a fifth wheel hitch or pintle;
- The condition or position of the vehicle to be removed necessitates heavy-duty towing equipment.

f. The determination of whether standard-duty or heavy-duty services are required for a given situation is solely within the discretion of the City's impounding employee.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*     *Page 4 of 33*
*Official Police Garage Towing and Storage - First Restored and Amended Contract C-129766*
**Exhibit C**
**11**

g. The Contractor will not be required to provide heavy-duty towing services under this Agreement.

### 3.2    Service Area of Assignment – Service Area 10

a. The Contractor will operate as the Official Police Garage (OPG) for Service Area 10 of the Los Angeles Police Department, which is depicted in Attachment A – Map of Los Angeles Police Department Service Area 10.

b. The OPG may exceed its Service Area of assignment when responding to a specific request from an authorized City employee.

c. The OPG may respond outside of its designated Service Area of assignment at the request of another OPG responsible for that other area, as provided for below in Section 3.2(e).

d. At the City's sole option, the Contractor may be assigned to handle requests for service for a different Service Area on a temporary basis in the event the contractor for such other area is unable to handle the request due to operational or staffing problems, or suspension or termination of their contract.

e. The OPG must provide the services required under this Agreement within the Service Area of assignment. If the assigned OPG is unable to respond to a specific request for service, the assigned OPG may request another OPG to respond on the assigned OPG's behalf, provided that the assigned OPG notifies the requesting City agency's communication facility immediately of which other OPG will be responding on the assigned OPG's behalf.

### 3.3    Hours of Operation

a. The OPG must respond to calls from authorized City employees twenty-four (24) hours a day, seven (7) days a week within the Maximum Response Time, as defined in Section 3.4 of this Agreement.

b. The OPG's dispatcher must be on duty in the business office of the OPG twenty-four (24) hours a day, seven (7) days a week. The dispatcher must receive calls from City agencies and dispatch tow units to provide security for stored vehicles, and perform such other towing and storage related services as may be required by the Board or its designee. This requirement may be waived upon written application to the Board, a formal hearing and a finding of good cause by the Board.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                                                    *Page 5 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*
**Exhibit C**
**12**

    c. The OPG's dispatcher must be available to release vehicles between the hours of 7:00 a.m. and 7:00 p.m., seven (7) days a week, and may, at the OPG's sole discretion, release vehicles between the hours of 7:00 p.m. and 7:00 a.m. (referred to as "after-hours"), except as provided for in Section 10.4 of this Agreement.

    d. The OPG must provide immediate access to its business office and its storage facilities and to vehicles stored therein, upon request by concerned law enforcement personnel so as to avoid impeding any criminal investigation.

### 3.4 Maximum Response Time

    a. Maximum Response Time is twenty (20) minutes from the time an OPG dispatcher receives a request for service from an authorized City employee until the time the tow unit arrives at the location designated in the request for service, with due consideration given to reasonable delays caused by unusual traffic conditions or other unusual circumstances beyond the reasonable control and without the fault of the OPG. The OPG must keep the requesting City agency communications facility apprised of such delays in response time.

    b. Notwithstanding the Maximum Response Time specified above, the OPG must execute requests from the City's Department of Building and Safety to remove abandoned vehicles or vehicle parts from private property within forty-eight (48) hours of the OPG receiving such request.

    c. The OPG must advise the City agency requesting service, at the time of the request, if the OPG is unable to respond within the Maximum Response Time or is unable to respond at all. If after accepting the call, the OPG is unable to respond or will be delayed in responding, the OPG must immediately notify the requesting City agency communications facility.

### 3.5 Priority of Requests

    a. The OPG must give first priority to requests for service made by authorized City employees under this Agreement.

    b. In the event that multiple City agency requests for service are received at the same proximate time, the OPG dispatcher must assign response priority to the request of the most urgent nature based upon information the OPG's dispatcher has received from the authorized City employees requesting services.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*    *Page 6 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**13**

c. "First priority" will be determined as of the time that the request for service is received, and priority will be assigned among the requests for service that the OPG has received but to which the OPG is not already engaged in responding.

3.6   Response to Calls

a. The OPG and its employees responding to a call from an authorized City employee must perform the towing or service required for which they were called. This requirement may be waived by the City's impounding employee if the impounding employee determines that the requested equipment is inadequate for the service to be performed or that the requested service is no longer needed. In the event that service is waived by the City's impounding employee, the OPG will have no further obligation to perform the service initially requested.

b. Repeated failure to respond, repeated failure to meet the Maximum Response Time, refusal to respond, or refusal to perform the required towing or service for which the OPG was called shall constitute failure to comply with the terms and conditions of this Agreement and may subject the OPG to discipline, suspension, or termination of this Agreement, if deemed appropriate, after written notice and hearing, by the Board or its designee.

3.7   Compliance with Laws, Rules and Regulations

a. The OPG must conduct its business in a lawful manner and must, at all times, comply with all applicable local, state and federal laws, rules and regulations pertaining to OPGs, tow unit operators, and the impound, removal, towing, storage and disposal of vehicles.

b. The OPG must comply with all rules and regulations that may from time to time be promulgated by the Board regarding official police garages. The Board shall cause such rules and regulations to be printed and distributed to the OPGs affected thereby.

c. Upon direction by the Board or its designee, the OPG must keep rules and regulations regarding its business as an Official Police Garage posted in a conspicuous place clearly visible to the public at its primary place of business, and when applicable, at its storage facilities.

Each OPG tow unit operator must have a copy of such specified rules and regulations in his/her possession when operating an OPG tow unit to enable him/her to inform Properly Interested Persons (as defined below) of the OPG's legal authority and responsibilities. The OPG tow

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                     *Page 7 of 33*
*Official Police Garage Towing and Storage – F*****Exhibit C****nd Amended Contract C-129766*

**14**

unit operator or involved OPG employee must present a copy of such specified rules and regulations for review to the Properly Interested Person in the event of a dispute regarding the removal or storage of the vehicle.

d. The term "Properly Interested Person" as used in this Agreement means the legal owners and their agents, registered owner, lessees and persons last having lawful possession of an impounded vehicle, and who are in possession of the keys to the vehicle and have proper personal identification and present adequate proof of their authority to act on behalf of the legal or registered owner of the impounded vehicle.

e. OPG employees, while acting within the course of their employment, must cause the appropriate law enforcement agency to be notified without delay whenever they become aware of a possible crime or other activity requiring action by law enforcement personnel.

### 3.8    Demeanor and Conduct

a. The OPG must conduct business in an ethical and orderly manner so as to maintain the confidence of the community. While the OPG is an independent contractor, each contact it has with the public may reflect upon the City. For that reason, and because of the inherent potential for conflict in situations involving the removal and storage of vehicles, the OPG and its employees must maintain a fair, impartial, and reasonable attitude and must perform their duties in a courteous manner.

b. The OPG and its managers and employees must extend courtesy and cooperation at all times to the general public, law enforcement officers, and other authorized City employees. The OPG's tow unit operators must abide by the lawful decisions of law enforcement officers and other authorized City employees, and must cooperate in removing, impounding, storing and disposing of vehicles and other related activities.

c. Upon notification to the OPG by the Board or its designee of any complaint of discourtesy or misconduct by an OPG employee, the OPG must investigate such complaint and respond in writing to the Board within ten (10) calendar days of receipt of notice of the complaint. The Contractor's response to the Board must include details about the result of its investigation, and, if the complaint was found to be true, what measures the Contractor took to prevent similar situations and resulting complaints from occurring in the future.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                                    Page 8 of 33
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*
**Exhibit C**

**15**

### 3.9   Timekeeping

The OPG must record the following times pertaining to requests for tow service by authorized City employees by means of a computer or time stamp:

1) The time that the request for tow service is received;

2) The time that a tow unit is assigned the call for service and given the location of the requested service;

3) The time that a tow unit arrives at the location of requested service;

4) The time that the tow unit leaves the location of requested service with the vehicle in tow.

5) The time that a tow unit arrives at the OPG facility with the vehicle;

6) The time that vehicle parts or accessories, or unattached personal property is removed from an impounded vehicle; and

7) The time that a vehicle is removed from the Investigative Hold Area, pursuant to Section 4.3 below.

### 3.10   Towing of City Owned Vehicles

The OPG must tow City owned vehicles without charge to the City as follows:

The Contractor will be required to tow and store designated City-owned emergency vehicles in need of Standard Duty Towing and/or Storage without charge to the City in accordance with the Board of Police Commissioner's Rules Governing Official Police Garages and Section 3.3b of this Agreement.

### 3.11   Vehicle Holds at No Charge to Police Department or Party of Interest

The Police Department may require the Contractor to hold a vehicle for 48 hours at no charge while it or its agent processes evidence from the vehicle. Upon the termination of 48 hours for evidence processing, the Contractor shall notify such party of interest that they have 24 hours to claim the vehicle at no charge. The daily storage rate shall be applied at the expiration of the 24-hour claiming period.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                           *Page 9 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**16**

## 4.0   FACILITY REQUIREMENTS

### 4.1   General Requirements

a. All storage facilities must comply with the zoning requirements set forth in Section 12.17.6 of the Los Angeles Municipal Code, and all other local, state and federal laws and regulations applicable to the proposed use.

b. All storage facilities must have landscaping that conforms to general aesthetic and environmental concerns.

c. All storage facilities must be inspected and approved by the Board or its designee prior to use by the OPG.

d. All towed and impounded vehicles must be maintained within the confines of the OPG storage facility and not upon the public streets, sidewalks, or public property.

e. The OPG must maintain a primary place of business and storage facilities, as specified in this Agreement, throughout the term of the Agreement. The OPG must notify LAPD in writing at least ninety (90) days prior to the anticipated expiration or termination of a lease, or initiation of any eviction proceeding relating to the OPG's primary place of business or any of its storage facilities, or any other anticipated loss of ownership, possession or control of such place of business or storage facility. The notice must also include documentation evidencing that the OPG will acquire a substitute site that complies with this Agreement in order to continue performing under this Agreement without interruption.

### 4.2   Business Office and Primary Storage Facility

a. The OPG must maintain a primary place of business located within the Service Area of assignment, except as provided for under Section 3.2(b) above. The primary place of business must include an adequate business office and a Primary Storage Facility adjacent to the business office.

b. The Primary Storage Facility must be enclosed and have a sufficient number of spaces and be capable of accommodating the storage of the following vehicles:

1) All vehicles appraised as having a value in excess of four thousand dollars ($4,000), commonly referred to as "high-dollar value

*City of Los Angeles (LAPD) – Jon's Towing, Inc*     *Page 10 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**17**

vehicles," or such value as may otherwise be specified in California Civil Code Section 3071.

2) All vehicles bearing modified equipment or cargo valued in excess of one thousand dollars ($1,000).

3) All vehicles being held for criminalistic or evidentiary examinations (hereinafter referred to as "Evidentiary Hold Vehicles").

c. A Primary Storage Facility must be paved, clean, and fenced for maximum security, and must be lighted during hours of darkness to afford distinct visibility to all portions of the facility.

d. The OPG must implement and maintain in proper working order security measures at the Primary Storage Facility to prevent the loss or theft of vehicle parts and accessories and personal property.

e. Unobstructed access must be provided to any stored vehicle. Vehicles must be parked and separated so as to preclude the possibility of damage.

f. The location where a vehicle is stored within a Primary Storage Facility must be accurately recorded on the OPG's impound records for such vehicle.

4.3 **Primary Storage Facility – Investigative Hold Area and Evidentiary Hold Vehicles**

a. The Primary Storage Facility must have a segregated, designated and enclosed area for the storage of vehicles held for criminalistics and/or evidentiary examination (hereinafter referred to as "Investigative Hold Area").

b. The Investigative Hold Area's storage capacity must be sufficient to fulfill the maximum expectations of the respective detective division(s) being served within the Service Area of assignment. The Board or its designee will determine the minimum storage capacity required.

c. The Investigative Hold Area must be isolated from other storage areas, must be covered and must protect stored vehicles from the natural elements (e.g., sun, rain, wind, etc.).

d. The Investigative Hold Area must be enclosed, secured, locked, and posted so as to prohibit entry by unauthorized persons.

e. The OPG must ensure that the only persons who enter the Investigative Hold Area are authorized OPG employees or concerned law enforcement personnel. The OPG must ensure that no one else

*City of Los Angeles (LAPD) -- Jon's Towing, Inc*     *Page 11 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**18**

enters the Investigative Hold Area, unless they are accompanied by the responsible investigator or their designee.

f.  The OPG must ensure that all authorized persons who enter the Investigative Hold Area record the following information in a log provided by the OPG:

1) Name;
2) Serial Number;
3) Rank;
4) Department/division of assignment;
5) Date and time of entry;
6) Date and time of exit;
7) Reasons for entering the area;
8) Identity of any vehicle that was the subject of the entry; and
9) Description of any item that was removed from any vehicle by any concerned law enforcement personnel that accessed the vehicle.

g.  The OPG must maintain and secure the log and must make it available for viewing by the Board or its designee, or by any concerned law enforcement personnel upon request.

h.  OPG employees may not remove vehicle parts or accessories or personal property from vehicles being held for criminalistic and/or evidentiary purposes.

i.  Vehicles stored in an Investigative Hold Area may not be removed from the area until removal is authorized by the responsible investigator or the LAPD Area Vehicle Coordinator.

j.  Once an Investigative Hold has been released on a vehicle, the vehicle must be immediately removed from the Investigative Hold Area.  The date and time of removal from the Investigative Hold Area and the identity of the OPG employee removing the vehicle must be recorded on OPG records for the vehicle involved.

k.  All records relating to vehicles held for criminalistic and/or evidentiary examination at any time are confidential and the OPG may not release or disclose the contents of such records to anyone other than concerned law enforcement personnel without written authorization from the concerned investigator or unless release or disclosure is otherwise required by law.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                                            *Page 12 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**19**

4.4   Secondary Storage Facilities

a. The OPG may also maintain one or more Secondary Storage Facilities. A Secondary Storage Facility is a designated location to be used by the OPG as a yard or lot for the temporary storage of certain impounded vehicles as specified below.

b. All Secondary Storage Facilities must be located within five (5) miles of the boundaries of the Service Area of assignment under this Agreement, unless waived by the Board or its designee.

c. A Secondary Storage Facility may only be used to store vehicles with an appraised value of four thousand dollars ($4,000) or less (commonly referred to as "low-dollar value vehicles"), or such value as may otherwise be specified in California Civil Code Section 3072.

d. A Secondary Storage Facility may be used for emergency temporary storage of vehicles with an appraised value over four thousand dollars ($4,000) only with the prior approval of the Board or its designee. However, in such cases an attendant must be on duty twenty-four (24) hours a day, seven (7) days a week, at the Secondary Storage Facility to provide security for the vehicles.

e. A Secondary Storage Facility must have sufficient capacity to accommodate the storage needs of the Service Area of assignment. The City and the OPG will meet to determine the necessary capacity, based on prior use of a Secondary Storage Facility and trends in levels of service required for the Service Area of assignment.

f. A Secondary Storage Facility must be clean and fenced for maximum security and must be lighted during the hours of darkness to afford illumination of all stored vehicles.

If the OPG uses a Secondary Storage Facility for emergency temporary storage of high dollar value vehicles pursuant to Section 4.4 (d) above, any portion of the Secondary Storage Facility used to store such high dollar value vehicles must be paved prior to storage of such vehicles.

g. The OPG must implement and maintain in proper working order security measures at all Secondary Storage Facilities to prevent the loss or theft of vehicle parts and accessories and personal property.

h. Unobstructed access must be provided to all stored vehicles. Vehicles must be parked and separated so as to preclude the possibility of damage.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*   *Page 13 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**20**

i.   The location where a vehicle is stored within a Secondary Storage Facility must be accurately recorded on the OPG's impound records for such vehicle.

j.   Return the stored vehicle to the Primary Storage Facility within twenty-four (24) hours of the time tow and storage fees have been paid.

k.   Return the stored vehicle to the Primary Storage Facility within twenty-four (24) hours of receipt of a request to do so by concerned law enforcement personnel.

4.5   Satellite Secondary Storage Facilities

a.   The OPG may also maintain one or more Satellite Secondary Storage Facilities. A Satellite Secondary Storage Facility is a designated site located beyond five (5) miles of the boundaries of the OPG's Service Area of assignment under this Agreement, to be used by the OPG as a yard or lot for the temporary storage of certain impounded vehicles as specified below.

b.   Satellite Secondary Storage Facilities may only be used to store vehicles with an appraised value of four thousand dollars ($4,000) or less.

c.   Satellite Secondary Storage Facilities must be fenced for maximum security and must have security measures in place to prevent the loss or theft of vehicle parts and accessories and personal property.

d.   If the OPG utilizes an approved Satellite Secondary Storage Facility, the OPG must comply with the following:

1)   Systematically segregate stored vehicles by the respective OPG when a Satellite Secondary Storage Facility is shared by two or more OPGs or other towing entities.
2)   Distinctly sequester this OPG's vehicles from other activities at the facility when the facility conducts business other than storage of OPG's vehicles, and ensure that access to the stored vehicles is separate from that of other business operation(s).
3)   Provide unobstructed access to all stored vehicles. Park and separate vehicles so as to preclude the possibility of damage.
4)   Accurately record the location where a vehicle is stored within a Satellite Secondary Storage Facility in the OPG's impound records for such vehicle.
5)   Return the stored vehicle to the Primary Storage Facility within twenty-four (24) hours of the time tow and storage fees have been paid.

**Exhibit C**

**21**

6) Return the stored vehicle to the Primary Storage Facility within twenty-four (24) hours of receipt of a request to do so by concerned law enforcement personnel.

7) Upon receipt of a law enforcement agency representative's request to inspect a vehicle at the Satellite Secondary Storage Facility, the OPG must clearly distinguish that vehicle from other vehicles stored at the location prior to the law enforcement employee's expected time of arrival.

e. Upon written application by the OPG showing good cause, the Board or its designee, at its sole discretion, may waive any of the requirements of this Section 4.5.

### 4.6 Statutory Hold Vehicles

a. A "Statutory Hold Vehicle" (hereinafter also referred to as "statutory holds") is a vehicle being held for any of the following:

- Vehicle Code § 10751 – *altered identification number*
- Vehicle Code § 14607.6 – *subject to forfeiture regarding license status of driver*
- Vehicle Code § 22651(i) – *unpaid parking citations*
- Vehicle Code § 22651(j) – *no evidence of registration*
- Vehicle Code § 22651(o) – *no current registration*
- Vehicle Code § 22651(p) – *unlicensed driver*
- Vehicle Code § 23109.2 – *speed contest*
- Los Angeles Municipal Code §41.70 – *prostitution*
- Los Angeles Municipal Code §41.70.1 – *purchasing of controlled substances*
- Los Angeles Municipal Code §41.70.2 – *speed contest*
- Los Angeles Municipal Code §41.70.3 – *illegal dumping*

b. Statutory holds need not be stored in the Investigative Hold Area, but may be stored in the same manner as vehicles available for release, unless there is an additional hold for criminalistics and/or evidentiary examination.

c. OPG employees may remove unattached personal property for safekeeping when a vehicle is being held exclusively for a statutory hold.

d. A statutory hold vehicle will not be available for release until authorized by the concerned law enforcement personnel or the LAPD Area Vehicle Coordinator.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*      *Page 15 of 33*
*Official Police Garage Towing and Storage – First Revised and Amended Contract C-129766*

**Exhibit C**

**22**

## 5.0   STAFFING AND EQUIPMENT REQUIREMENTS

### 5.1   Staffing Requirements

a. The OPG must ensure that a sufficient number of dispatchers and tow unit operators are available twenty-four (24) hours a day, seven (7) days a week to meet the needs of all City agencies that rely upon the OPG for tow service, within the Maximum Response Time specified in this Agreement.

b. The OPG must ensure that a sufficient number of personnel are available to meet the needs of all City agencies that rely upon the OPG for tow services under this Agreement, and to release or dispose of vehicles in a timely manner.

c. The OPG must ensure that all of its employees providing services under this Agreement are properly trained, qualified and competent, and possess the proper licenses and certification required for the responsibilities they fulfill. The OPG must maintain records to substantiate compliance with this provision, and must make such records available to the Board or its designee upon request.

d. Dispatchers and other OPG employees providing service under this Agreement must display their first names conspicuously on their clothing.

e. Tow unit operators must wear a uniform approved by the Board or its designee when acting within the scope of their OPG employment under this Agreement. Tow unit operators must wear their name insignia attached in a conspicuous place on their uniform.

f. Tow unit operators must identify themselves upon request to any authorized City employee or police officer by providing their full, correct name. Upon request by the general public, tow unit operators need only identify themselves by providing their first name, employing OPG name, and employee identification number (if available).

g. The OPG must conduct background investigations, to the extent permitted by law, on each person employed or to be employed by the OPG, and must provide to the City, Board or its designee, the results of said background investigations. The OPG shall provide the results of said background investigations for persons already employed, within thirty (30) calendar days of the date of execution of this Agreement. The OPG must provide the results of such background investigations on future hires or rehires, prior to employing such person.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                                   *Page 16 of 33*
*Official Police Garage Towing and Storage – First Revised and Amended Contract C-129766*

**Exhibit C**

23

      h. The Board or its designee may conduct its own background investigations, to the extent permitted by law, on all OPG employees providing services under this Agreement.

      i. The OPG agrees to remove personnel from performing work under this Agreement if requested to do so by the Board or its designee.

5.2    Equipment Requirements

      a. The OPG must ensure that a sufficient number of tow units are available to meet the needs of all City agencies that rely upon the OPG for tow service.

      b. The OPG must maintain a sufficient number of tow units to meet the needs of the Service Area of assignment, based on, but not limited to the size of the Service Area, history of levels of service requested, history of response times, and response delay complaints. If the Board or its designee determines that the number of tow units maintained by the OPG is inadequate to meet the documented needs of the Service Area, the Board or its designee will meet with the OPG to determine the necessary number of units and the OPG will maintain the specific quantity of tow units determined at that time.

      c. Each tow unit must be equipped with contemporary equipment to minimize damage to the towed vehicle, and such other equipment as may be required by the Board or its designee and the California Vehicle Code, including, but not limited to the equipment specified in Section 27700 of the California Vehicle Code.

      d. Each tow unit must be painted and marked as prescribed by the Board or its designee and the California Vehicle Code, including but not limited to Section 27907 of the California Vehicle Code.

      e. The OPG must equip and maintain tow units and other equipment covered under this Agreement in accordance with all applicable local, state and federal laws and regulations, and consistent with industry standards and practices. The OPG must maintain records to substantiate compliance with this provision, and must make those records available to the Board or its designee upon request.

5.3    Communications and Computer Equipment

      a. The OPG's primary facility must have two-way radio communications equipment or other similar communications equipment capable of

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                    *Page 17 of 33*
*Official Police Garage Towing and Storage – First Revised and Amended Contract C-129766*

**Exhibit C**

**24**

        communicating with its tow unit operators, that is monitored twenty-four
        (24) hours a day, seven (7) days.

    b. The OPG dispatcher's office must be equipped with a telephone line
       dedicated solely to receiving telephonic requests for towing and
       storage services from authorized City employees.

    c. Each tow unit must be equipped with two-way radio communications
       equipment capable of communicating with the OPG dispatcher.

    d. Tow units may be equipped to monitor "police calls" while acting within
       the course and scope of their OPG responsibilities, provided that a
       permit for such monitoring has been obtained from the Chief of Police
       pursuant to Section 52.44 of the Los Angeles Municipal Code.

    e. In the event that the City implements a process for OPG to access the
       City's Ticket Information Management System (TIMS), the OPG will
       provide and maintain a personal computer of sufficient capacity to
       access TIMS to determine the scofflaw status of all vehicles prior by a
       modern and dedicated telephone line.

**5.4    Equipment at OPG's Expense**

    The equipment specified in this Section 5.0 must be provided and
    maintained by the OPG at the OPG's own expense.

## 6.0   PROTECTION AND HANDLING OF VEHICLES, VEHICLE PARTS AND ACCESSORIES, AND UNATTACHED PERSONAL PROPERTY

**6.1    Impound Reports**

    a. The OPG tow unit operator must complete and sign the necessary
       portions of the Impound Report (CHP Form 180) provided by the City
       employee who impounded the vehicle. The original Impound Report
       must be retained by the City impounding employee.

    b. The OPG must record the vehicle release information in the
       appropriate space provided in the OPG's copy of the Impound Report.

**6.2    Inventory at Location Vehicle Was Impounded**

    The OPG's tow unit operator must inventory every vehicle to be
    impounded at the location where the vehicle was originally impounded and
    must document such inventory on a form approved by the Board or its
    designee.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                           *Page 18 of 33*
*Official Police Garage Towing and Storage – First Revised and Amended Contract C-129766*

**Exhibit C**

**25**

6.3 Protection and Handling of Vehicles and Vehicle Parts and Accessories

a. The OPG must protect each impounded vehicle and the vehicle's parts and attached accessories until such time as the vehicles have either been released to a Properly Interested Person or have been disposed of through legal process.

b. The OPG's employees may not remove vehicle parts and attached accessories from an Evidentiary Hold vehicle.

c. OPG employees may remove vehicle parts and attached accessories for safekeeping from other non-evidentiary hold vehicles. The OPG must implement procedures and controls to ensure that when an OPG employee removes vehicle parts or attached accessories for safekeeping, the following occur:

   1) The OPG employees who removes vehicle parts or attached accessories records a description of the removed vehicle parts or attached accessories on the corresponding copy of the Impound Report and the OPG's Vehicle Inventory Form.
   2) The OPG employees who removes vehicle parts or attached accessories informs OPG office personnel responding to public inquiries that vehicle parts or attached accessories have been removed from the vehicle.
   3) The OPG employees who removes vehicle parts or attached accessories individually packages and identifies the vehicle parts or attached accessories that were removed.
   4) OPG employees properly store vehicle parts or attached accessories so as to preclude loss, theft or damage.
   5) OPG employees inform Properly Interested Persons that parts or attached accessories have been removed and how they may obtain possession of such property.
   6) OPG replaces the vehicle parts and accessories that were removed to restore the vehicle to its original state within twenty-four (24) hours of the time tow and storage fees have been paid; and repairs any damage caused by the original removal or replacement as soon as possible after tow and storage fees have been paid.
   7) If the repairs under this subsection will take longer than twenty-four (24) hours after payment of fees to complete, the OPG must accommodate the Properly Interested Party(PIP) if a PIP requests that the vehicle be released prior to completion of the repairs and returned later to the OPG for completion of the repairs.

d. The OPG is responsible for releasing impounded vehicles that are available for release.

*City of Las Angeles (LAPD) – Jon's Towing, Inc*      *Page 19 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

Exhibit C

26

e. Criminalistic and evidentiary hold vehicles and statutory hold vehicles will not be available for release until authorization has been given to the OPG by the concerned investigator or the LAPD Area Vehicle Coordinator and such authorizing person has provided their name and serial number to the OPG. The OPG must note in its records the name and serial number of the investigator or Area Vehicle Coordinator who authorized release of each criminalistic, evidentiary or statutory hold vehicle.

6.4    Protection and Handling of Unattached Personal Property

a. The OPG must safeguard all articles of unattached personal property in impounded vehicles in accordance with applicable law.

b. The OPG must maintain a record of the identity of all persons who have entered a stored vehicle for the purpose of accessing unattached personal property. The record must also include the date of entry and a description of any property removed.

c. OPG employees may remove unattached personal property for safekeeping only from vehicles available for release and statutory hold vehicles.

d. The OPG must implement procedures and controls to ensure that when an OPG employee removes unattached personal property for safekeeping, the following occur:

1) The OPG employee who removes unattached personal property records a description of the removed property on the corresponding copy of the Impound Report and the OPG's Vehicle Inventory Form.
2) The OPG employee who removes unattached personal property informs OPG office personnel responding to public inquiries that personal property has been removed from the vehicle.
3) The OPG employee who removes unattached personal property individually packages and identifies each item of unattached personal property that is removed from a vehicle.
4) OPG employees store the unattached personal property in a secure location so as to preclude loss, theft or damage.
5) OPG employees inform Properly Interested Persons that property has been removed and how they may obtain possession of that property.

e. The OPG must post and maintain in a conspicuous place, clearly visible to the public, at its business office and its primary storage

City of Los Angeles (LAPD) – Jon's Towing, Inc.                                    Page 20 of 33
Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766

Exhibit C

27

facility, a notice outlining the procedures for Properly Interested Persons and others who have ownership of or the right to remove unattached personal property from a vehicle, or to view and photograph a vehicle stored in any of the OPG's facilities. Said notice outlining procedures for access must be approved by the Board or its designee prior to being implemented or posted by the OPG, and must include, but not be limited to the following information:

1) Assuming access is not otherwise prohibited or restricted, the OPG must provide access to the vehicle and vehicle parts and accessories for viewing and photographing, and to unattached personal property for removal during the OPG's normal business hours and within thirty (30) minutes of the request when the vehicle is stored in the Primary Storage Facility or within two (2) hours if the vehicle is stored in a Secondary Storage Facility. Access must be provided within twenty-four (24) hours, excluding weekends and holidays, of such a request when the vehicle is stored in a Satellite Secondary Storage Facility.
2) Access to criminalistic or evidentiary hold vehicles will be provided only if accompanied by the concerned investigator or their designee.
3) The proof of authority to access the vehicle that is required and the proof of identification that is required.

## 7.0   LIENS

### 7.1   Reasonable Grounds

a. The authorized City employee who is impounding the vehicle will be responsible for establishing that "reasonable grounds" exists to conduct the impound, and attaching of any lien will be determined by applicable law.

b. If an authorized City employee directs a vehicle to be impounded and it is later determined at a post storage impound hearing that no reasonable grounds, or mitigating circumstances for the impound existed, the City will pay one-half of the basic towing rate and one-half of the daily storage rate. No other fees shall be imposed. This section shall not apply to pre-planned special events or parades.

c. In the case of pre-planned special events or parades, where it is later determined at a post storage impound hearing that no reasonable grounds, or mitigating circumstances for the impound existed, the City Agency causing the impound shall be responsible for the towing and storage fees.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*      *Page 21 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**28**

7.2 Liens

   a. The OPG will be governed by the provisions of California Vehicle Code Section 22851 *et seq.*, with regard to all liens on stored vehicles.

   b. At least seven (7) days prior to a "long-lien sale", as described in Vehicle Code Section 22851.4, the OPG must furnish a list of said lien sale vehicles to LAPD's Burglary-Auto Theft Division.

## 8.0 ADDITIONAL POSTING REQUIREMENTS

The OPG must comply with the following posting requirements, in addition to any other provisions in this Agreement requiring the OPG to post notices or other information at its primary place of business and its storage facilities.

### 8.1 Business Identification

The OPG must display at its business office and at its primary and secondary storage facilities, the OPG's business name, address and phone number, and the OPG's business hours. The lettering must be a minimum of two inches (2") in width and six inches (6") in height. The display must be clearly visible and legible from the street at all times, including during the hours of darkness.

### 8.2 Fees and Rates

The OPG must post Board-approved fees and rates in a conspicuous place, clearly visible to the public, in its business office and any other place of business where customer's financial transactions take place. The letters on such sign must be a minimum of one inch (1") high with one-quarter inch (¼") stroke. The letters must be a contrasting color from the background. Any change in fees and rates approved by the Board will become effective as of the date specified by the Board or its designee, and must be posted by the OPG on the effective date.

### 8.3 Notice Regarding Vehicle Code Section 22850.3

The OPG must post the notice required by Section 22850.3 of the California Vehicle Code, in a conspicuous place clearly visible to the public at its business office and at all of its storage facilities. The notice must inform the public that a vehicle placed in storage pursuant to Vehicle Code Section 22850 may be released only on proof of current DMV registration or, at the discretion of the impounding agency, upon the issuance of a notice to appear for the registration violation by the impounding agency that caused the vehicle to be stored. The notice to

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                              *Page 22 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**29**

appear must specify the name and telephone number of the City
impounding agency.

8.4     Impound Hearings

    a.  The OPG must post the Vehicle Impound Hearing Rights Sign (LAPD
    Form 16.27.3) in a conspicuous location, clearly visible to the public, at
    its business office and its Primary Storage Facility.

    b.  The OPG must provide a Vehicle Impound Hearing Rights Notice
    (LAPD Form 16.27.4) to be used to request an impound hearing, and
    written directions indicating the location of the appropriate law
    enforcement agency facility at which an impound hearing may be
    requested, to any person who has had a vehicle impounded and who
    wished to request an impound hearing.

## 9.0     REPORTING REQUIREMENTS

### 9.1     Weekly Reports

    a.  The OPG must provide a written report to its LAPD Area Vehicle
    Coordinator and its Department of Transportation Vehicle Information
    Processing Unit (hereinafter "DOT VIPU") on a weekly basis containing
    the following information for the immediately preceding week:

        1) All vehicles originally impounded by all City agencies (with the
        corresponding agency identified as to each vehicle), that have
        remained in storage beyond seven (7) calendar days.
        2) All vehicles originally impounded with a criminalistic and/or
        evidentiary hold that have remained in storage with a hold beyond
        seven (7) calendar days.
        3) All vehicles sold during the preceding week in accordance with
        statutorily approved lien procedures.

    b.  The OPG must provide a written report to the Board's Commission
    Investigation Division on a weekly basis containing a list of all vehicles
    for which vehicle identification or ownership is unknown, that have
    been in storage more than seven (7) calendar days and a detective
    has not responded to the OPG facility to identify the vehicle or there
    has otherwise been no response by the concerned impounding City
    agency.

### 9.2     Monthly Reports

The OPG must submit a written OPG Monthly Report by the fifteenth (15th)
calendar day of each month to the Board or its designee. The OPG's

*City of Los Angeles (LAPD) – Jon's Towing, Inc*        *Page 23 of 33*
*Official Police Garage Towing and Storage – First Revised and Amended Contract C-129766*

**Exhibit C**

**30**

representative specified in Section 1.2 of this Agreement must sign the OPG Monthly Report. The report must contain the following information for the immediately preceding month:

1) The total number of vehicles impounded by City agencies under this Agreement, with a breakdown of the number of vehicles impounded by LAPD, LADOT and other City Agencies.
2) List of all employees that were employed by the OPG during the previous month, along with each employee's position and the license or certificate numbers applicable to any employee by virtue of their duties and responsibilities for the OPG.
3) Identification and an explanation of each tow requiring in excess of one (1) hour, calculated from the time the tow unit actually proceeds to a call for service until the time the tow unit arrives at the Primary Storage Facility.
4) All instances involving the sale or disposal of a formerly stored vehicle or vehicle part or accessory to an individual known to the OPG or the OPG's employees as a City employee.

### 9.3 Official Police Garage Association Vehicle Impound Information Center

If the Contractor is an active member of the Official Police Garage Association of Los Angeles (OPGA), the Contractor will provide timely information to the OPGA Vehicle Impound Information Center (VIIC) database maintained by the OPGA. If the Contractor is not an active member of the OPGA, the Contractor will, independently and at the Contractor's own expense, provide all of the same systems and services the OPGA provides its active members and the public to locate vehicles impounded by an OPG in the City of Los Angeles and determine the fees or liens chargeable for towing and storage.

Notwithstanding the Standard Provisions for City Contracts (Rev. 3/09) the OPGLA VIIC and the data contained therein is owned by the Official Police Garage Association of Los Angeles.

### 9.4 Document Control System

If the Contractor is an active member of the OPGA, the Contractor will participate in the Document Control System maintained by the OPGA. If the Contractor is not an active member of the OPGA, the Contractor will, independently and at the Contractor's own expense, maintain a Document Control system acceptable to the City and provide all of the same systems and services the OPGA Document Control system provides the City and the public.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                    *Page 24 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**31**

Notwithstanding the Standard Provisions for City Contracts (Rev. 3/09) the OPGLA Document Control System and the data contained therein is owned by the Official Police Garage Association of Los Angeles.

## 10.0 FEES AND RATES

### 10.1 General Requirements Regarding Fees and Rates

a. The fees and rates charged by the OPG for the removal and storage of vehicles that the OPG has towed and stored as a result of this Agreement may not exceed the fees and rates established by the Board.

b. Except as provided by the Board, the OPG may not charge additional fees for special equipment or service necessary to prepare vehicles for removal.

c. The OPG may not charge for routine services required by the Vehicle Code, such as providing flares, sand and cleanup at the scene of a traffic accident.

d. The City will not provide any compensation to the OPG for towing or storage services rendered under terms of this Agreement. The owner of an impounded vehicle is responsible for such charges. Said charges become a lien against the impounded vehicle, as provided by law. Notwithstanding the foregoing, if the OPG is lawfully entitled to collect any fee from the owner of an impounded vehicle and an authorized City employee directs that the fee not be assessed against the owner (such as when it is determined that reasonable grounds to impound did not exist), the City will pay such fees to which the OPG was legally entitled.

e. The parties acknowledge that the OPG's business may include towing and storage services provided at the request of other non-City agencies or other private parties that are not provided under this Agreement (hereinafter collectively referred to as "non-City tows"). If the OPG provides services for non-City tows, the OPG may not charge fees and rates for such non-City tows in excess of the rates and fees approved by the Board for services rendered under this Agreement. The OPG must file with the Board a schedule of fees and rates for each service offered for non-City tows. The OPG may only charge the fees and rates specified in such schedule for non-City tows. The OPG must provide a copy of the applicable City or non-City tow and storage rates to any member of the public or any concerned City agency personnel upon request.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*      *Page 25 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**32**

    f.  The OPG must prepare a bill itemizing all services rendered for each impounded vehicle.  The OPG must provide such itemized bill to the Properly Interested Person requesting release of the vehicle, and to any concerned City agency personnel upon request.

    g.  The OPG may not enter into an agreement with a City employee to diminish or eliminate legally assessed vehicle removal or storage fees.

## 10.2   Fees and Rates – Removal (Towing)

    a.  Removal (towing) fees must be based on an hourly rate for the time actually consumed.  The terms "removal" and "towing" fees are used interchangeably in this Agreement and refer to the same fee.  The time for calculating the removal fees commences at the time a tow unit actually proceeds to a call for service and terminates at the time the tow unit arrives at the OPG's Primary Storage Facility.

    b.  The removal fee for the first hour or fraction thereof will be at the rate specified by the Board.  The removal fee for each additional one-half (½) hour or fraction thereof over the first hour will be one-half (½) of the rate for the initial hour.

    c.  Vehicles may not be taken directly from the scene of the impound to any Satellite Secondary Storage Facility without prior written approval by the Board or its designee.

## 10.3   Fees and Rates – Storage

    a.  The time for calculating the storage fees will commence at the time the impounded vehicle arrives at the OPG's storage facility.  Storage fees will be based on a daily rate, provided however, that if a request for release of a vehicle is made within twenty-four (24) hours after the vehicle is placed in storage, no charge exceeding that for one (1) day of storage will be made.

    b.  If the request for release of a vehicle is made more than twenty-four (24) hours after the vehicle is placed in storage, fees may be imposed on a full calendar day basis for each day, or part thereof, the vehicle is in storage.  The daily rate extends from midnight to midnight.

## 10.4   After-Hours Release Charges Prohibited

    a.  Charges for releasing vehicles "after-hours" fee are prohibited.

    b.  Notwithstanding the provisions of Section 3.3(c) of this Agreement, any vehicle impounded from a public street in connection with a special

*City of Los Angeles (LAPD) – Jon's Towing, Inc*        *Page 26 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**33**

event, as designated by the Board or its designee, must be available
for release for a minimum period of four (4) hours following the
conclusion of the special event, regardless of the OPG's normal hours
of business for release of vehicles. No after-hours release charges
may be assessed.

10.5   Vehicle Release Fee

   a. The OPG must collect and remit to the City the Vehicle Release Fee
      as required by Section 80.77.1 of the Los Angeles Municipal Code,
      and must comply with all the requirements of said Section 80.77.1.

   b. Failure of the OPG to comply with all the requirements of Los Angeles
      Municipal Code Section 80.77.1 shall constitute failure to comply with
      the terms and conditions of this Agreement and may subject the OPG
      to discipline, suspension or termination of this Agreement as provided
      for in Section 13.0 of this Agreement.

10.6   Parking Occupancy Tax

   a. The OPG must collect and remit to the City the Parking Occupancy
      Tax as required by Section 21.15.4 of the Los Angeles Municipal
      Code, and must comply with all the requirements relating to such
      Parking Occupancy Tax pursuant to Los Angeles Municipal Code
      Sections 21.15.1 through 21.15.14.

   b. Failure of the OPG to comply with all the requirements of Los Angeles
      Municipal Code Section 21.15.1 et seq., shall constitute failure to
      comply with the terms and conditions of this Agreement and may
      subject the OPG to discipline, suspension or termination of this
      Agreement as provided for in Section 13.0 of this Agreement.

10.7   Lien Sale Vehicles

   a. Vehicles impounded at the request of City agencies under this
      Agreement valued over three hundred dollars ($300) that are
      abandoned and/or unclaimed by their owners are exempt from the
      City's Vehicle Release Fee in accordance with the provisions set forth
      in Section 10.5 of this Agreement.

   b. The balance of all outstanding fines for parking citations will be added
      to the account of each lien sale vehicle, and must be remitted to the
      City as a secondary lien holder from surplus lien sale monies in the
      manner prescribed by State law.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                                                        *Page 27 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*
**Exhibit C**
**34**

### 10.8  Forfeited Vehicles

    a.  The OPG must remit to the City all the moneys due the City from the proceeds of the sale of vehicles forfeited as a nuisance pursuant to local or State law.

    b.  Failure of the OPG to comply with all the requirements of local or State law relating to sales of forfeited vehicles shall constitute failure to comply with the terms and conditions of this Agreement and may subject the OPG to discipline, suspension or termination of this Agreement as provided for in Section 13.0 of this Agreement.

### 10.9  Gross Receipts Fee

    a.  Pursuant to Section 80.77.4.D of the Los Angeles Municipal Code, the OPG must pay to the City a fee equal to seven percent (7%) of the gross revenue (hereinafter referred to as "Gross Receipts Fee") generated as a result of its activities as an official police garage, including but not limited to revenues generated from towing, storage, sale of lien sale vehicles, and sale of forfeited vehicles, but does not include revenues obtained through activities related to non-City tows.

    b.  Failure of the OPG to comply with the requirements of Los Angeles Municipal Code Section 80.88.4.D shall constitute failure to comply with the terms and conditions of this Agreement and may subject the OPG to discipline, suspension or termination of this Agreement as provided for in Section 13.0 of this Agreement.

## 11.0  CHANGES IN OWNERSHIP AND CONFLICTS OF INTEREST

### 11.1  Changes in Ownership

Any sale or transfer of a majority of either the ownership interest or stock, except public share stock, of the OPG, or any establishment of a trust, gift or other similar legal device which transfers ownership or control of the OPG shall be subject to the prior approval of the Los Angeles City Council, which shall consider any recommendation of the Board.  Failure to comply with this Section 11.1 shall result in immediate termination of this Agreement as provided for in Section 13.0 of this Agreement.

### 11.2  Conflicts of Interest

The OPG, its owners, officers, or principals may not own or have a controlling ownership interest in any automobile dismantling or wrecking yard, automobile body shop or repair shop, used car business, or any other automobile related business other than an automobile towing and

*City of Los Angeles (LAPD) – Jon's Towing, Inc*        *Page 28 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*
**Exhibit C**
**35**

related garage business. Failure to comply with this Section shall result in immediate termination of this Agreement as provided for in Section 13.0 of this Agreement.

## 12.0 AMENDMENTS AND CHANGES TO THE AGREEMENT

Any change in the terms of this Agreement, including changes in the services to be performed by the OPG and extension of the term, agreed to by the parties, must be incorporated into this Agreement by a written amendment, properly executed and signed by the persons authorized to bind the parties thereto.

## 13.0 DISCIPLINE, SUSPENSION AND TERMINATION

### 13.1 Discipline and Suspension

The OPG may be disciplined or suspended from providing services under this Agreement for a specified period of time if the Board or its designee determines that the OPG has operated in violation of the law or any rule or regulation of the Board relating to official police garages or has otherwise failed to perform satisfactorily under this Agreement, after written notice and hearing by the Board or its designee.

### 13.2 Termination

a. If the OPG is unwilling to provide official police garage services, the OPG may terminate this agreement. In such an event, the OPG must notify the Board or its designee in writing of its intention to terminate this Agreement. As soon as practical after receiving the OPG's notice of intent to terminate, the City will comply with Los Angeles Municipal Code Section 80.77.4, as it then reads, to provide official police garage for the affected service area. The OPG must continue to provide services within the Service Area until such time as a contract is executed with the successor contractor for the Service Area or an additional 180-day period, whichever is less. The City will notify the OPG at least 30 calendar days in advance of the anticipated date of execution of the new contract with the successor contractor.

b. The Board or its designee may terminate this Agreement at any time for cause after written notice and hearing by the Board or its designee. The Board or its designee will provide the OPG with thirty (30) days written notice of the termination. Such notice will specify the effective date of the termination. In the event of such termination for cause, the City may avail itself of all rights and remedies at law or equity.

**Exhibit C**

**36**

## 14.0  STANDARD PROVISIONS FOR CITY CONTRACTS

### 14.1  Standard Provisions for City Contracts

The OPG will comply with the *Standard Provisions for City Contracts* (Rev. 3/09), attached hereto as Attachment B and incorporated herein by this reference.

### 14.2  Insurance

The OPG must at all times during the term of this agreement maintain the types and amounts of insurance specified in Attachment B – *Standard Provisions for City Contracts*. Said insurance must protect the OPG and the City against any and all damages resulting from the OPG's activities as an OPG.

### 14.3  Retention of Records, Audits and Inspections

a. The OPG must retain all records generated or kept by the OPG in performance of this Agreement in an accessible location and for the period prescribed by law for that particular record. If a period of retention for a particular record is not otherwise prescribed by law, the OPG must retain the record pursuant to Section PSC-22 of the *Standard Provisions for City Contracts* (Attachment B).

b. All relevant OPG records, equipment and storage facilities are subject to periodic inspection by the Board or its designee, or other concerned City personnel, to determine if the OPG is in compliance with applicable laws, rules and regulations and with the requirements of this Agreement, without notice, twenty-four (24) hours a day, except as otherwise specified below in Subsection (c).

c. The OPG must make available for examination or audit by any representative of the City or the Board, all data and records, including computer data files, related to the towing or storage services provided under this Agreement (collectively referred to the "Essential Records"). Essential Records must be made available without notice, twenty-four (24) hours a day, and as often as the City may deem necessary.

The OPG must make available for examination or audit by any representative of the City or Board, all other records of the OPG relating to all matters covered by this Agreement, including, but not limited to receipts, personnel files, and payroll and accounting data (collectively referred to as "Supplemental Records"). Supplemental Records must be made available as soon as possible during normal business hours upon request made to the OPG's management staff.

*City of Los Angeles (LAPD) – Jon's Towing, Inc*　　　　　　　　　　　　　　*Page 30 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

**Exhibit C**

**37**

The records specified herein must be made available at the OPG's primary place of business within the Service Area of assignment. Nothing herein shall limit access to records by law enforcement personnel as provided for in Section 3.3(d) of this Agreement.

d.  The OPG and its employees must not interfere with, prevent, or refuse to permit concerned law enforcement personnel or representatives of the Board or the City to make an examination or inspection of any premises maintained by the OPG in the course of its business, for the purpose of determining whether the OPG is complying with all applicable laws, rules and regulations and with the requirements of this Agreement.

e.  No person shall interfere with, prevent, or refuse to permit concerned law enforcement personnel or representatives of the Board or City to make an examination, inspection or copy of any record kept by the OPG.  The OPG must permit said law enforcement personnel or representatives of the Board or City to make copies of business records at the OPG's place of business, or to remove business records for the purpose of reproduction.

### 14.4   No Third Party Beneficiaries

This Agreement does not create or confer any third-party rights, and as such, there are no third party beneficiaries under this Agreement.

## 15.0   COMPLETE AGREEMENT

This Agreement contains the full and complete Agreement between the two parties.  No verbal agreement or conversation with any officer or employee of either party will affect or modify any of the terms and conditions of this Agreement.

### ORDER OF PRECEDENCE

In the event of an inconsistency between any of the provisions of this First Amendment and Restatement to Contract No. C-129766, or all prior or current attachments, the inconsistency shall be resolved by giving previous attachments and/or amendments precedence in the following order:

1)  First Amended and Restated Contract No. C-129766
2)  First Amendment to Contract No. C-129766
2)  LAPD Contract No. C-129766, and
3)  Standard Provisions for City Contracts (Rev. 03/09)

*City of Los Angeles (LAPD) – Jon's Towing, Inc*                    *Page 31 of 33*
*Official Police Garage Towing and Storage -- First Restated and Amended Contract C-129766*

**Exhibit C**
**38**

Other than the Contractor's corporate name referenced in the Original Agreement set forth above, all other terms and conditions of the Original Agreement shall remain unchanged and in full force effect.

This First Amended and Restated Contract may be executed in one or more counterparts, and by the parties in separate counterparts, each of which when executed shall be deemed to be an original, but all of which taken together shall constitute one and the same agreement. The parties further agree that that facsimile signatures or signatures scanned into .pdf (or signatures in another electronic format designated by the City) and sent by e-mail shall be deemed original signatures.

[Signature page follows]

*City of Los Angeles (LAPD) – Jon's Towing, Inc*　　　　　　　　　　　　　　*Page 32 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*
**Exhibit C**

**39**

IN WITNESS THEREOF, the parties hereto have caused this agreement to be executed by their respective duly authorized representatives.

CITY OF LOS ANGELES

By: _____
Eileen Decker
President
Board of Police Commissioners

Date: 06/25/21

JON'S TOWING INC.

By: _____
Hovig Gaboudian
Owner

Date: 6/22/21

APPROVED AS TO FORM:
MICHAEL N. FEUER, City Attorney

By: _____
SAMUEL PETTY
Deputy City Attorney

Date: 6/24/2021

ATTEST:

HOLLY L. WOLCOTT, CITY CLERK

By: _____
Deputy City Clerk

Date: 6-25-21

City Business Tax Registration Certificate No: _____ 3229535-0001-6 _____

IRS Federal Tax ID No: _____ 85-3813482 _____

City Agreement No: _____ C-129766 _____

*City of Los Angeles (LAPD) – Jon's Towing, Inc*   *Page 33 of 33*
*Official Police Garage Towing and Storage – First Restated and Amended Contract C-129766*

Exhibit C
40

## STANDARD PROVISIONS FOR CITY CONTRACTS

### TABLE OF CONTENTS

PSC-1    CONSTRUCTION OF PROVISIONS AND TITLES HEREIN ........................ 1

PSC-2    NUMBER OF ORIGINALS ............................................................................ 1

PSC-3    APPLICABLE LAW, INTERPRETATION AND ENFORCEMENT ............... 1

PSC-4    TIME OF EFFECTIVENESS ......................................................................... 2

PSC-5    INTEGRATED CONTRACT .......................................................................... 2

PSC-6    AMENDMENT .............................................................................................. 2

PSC-7    EXCUSABLE DELAYS ................................................................................ 2

PSC-8    BREACH ...................................................................................................... 2

PSC-9    WAIVER ....................................................................................................... 3

PSC-10    TERMINATION ............................................................................................ 3

PSC-11    INDEPENDENT CONTRACTOR .................................................................. 4

PSC-12    CONTRACTOR'S PERSONNEL .................................................................. 4

PSC-13    PROHIBITION AGAINST ASSIGNMENT OR DELEGATION ...................... 5

PSC-14    PERMITS ..................................................................................................... 5

PSC-15    CLAIMS FOR LABOR AND MATERIALS ................................................... 5

PSC-16    CURRENT LOS ANGELES CITY BUSINESS TAX REGISTRATION
         CERTIFICATE REQUIRED ......................................................................... 5

PSC-17    RETENTION OF RECORDS, AUDIT AND REPORTS ................................. 5

PSC-18    FALSE CLAIMS ACT .................................................................................. 6

PSC-19    BONDS ........................................................................................................ 6

PSC-20    INDEMNIFICATION ..................................................................................... 6

PSC-21    INTELLECTUAL PROPERTY INDEMNIFICATION ..................................... 6

## TABLE OF CONTENTS (Continued)

| | | |
|---|---|---|
| PSC-22 | INTELLECTUAL PROPERTY WARRANTY | 7 |
| PSC-23 | OWNERSHIP AND LICENSE | 7 |
| PSC-24 | INSURANCE | 8 |
| PSC-25 | DISCOUNT TERMS | 8 |
| PSC-26 | WARRANTY AND RESPONSIBILITY OF CONTRACTOR | 8 |
| PSC-27 | NON-DISCRIMINATION | 8 |
| PSC-28 | EQUAL EMPLOYMENT PRACTICES | 9 |
| PSC-29 | AFFIRMATIVE ACTION PROGRAM | 11 |
| PSC-30 | CHILD SUPPORT ASSIGNMENT ORDERS | 15 |
| PSC-31 | LIVING WAGE ORDINANCE AND SERVICE CONTRACTOR WORKER RETENTION ORDINANCE | 16 |
| PSC-32 | AMERICANS WITH DISABILITIES ACT | 17 |
| PSC-33 | CONTRACTOR RESPONSIBILITY ORDINANCE | 18 |
| PSC-34 | MINORITY, WOMEN, AND OTHER BUSINESS ENTERPRISE OUTREACH PROGRAM | 18 |
| PSC-35 | EQUAL BENEFITS ORDINANCE | 18 |
| PSC-36 | SLAVERY DISCLOSURE ORDINANCE | 19 |
| EXHIBIT 1 - INSURANCE CONTRACTUAL REQUIREMENTS | | 20 |

## STANDARD PROVISIONS FOR CITY CONTRACTS

### PSC-1.   CONSTRUCTION OF PROVISIONS AND TITLES HEREIN

All titles, subtitles, or headings in this Contract have been inserted for convenience, and shall not be deemed to affect the meaning or construction of any of the terms or provisions hereof.  The language of this Contract shall be construed according to its fair meaning and not strictly for or against the **CITY** or **CONTRACTOR**.   The word "CONTRACTOR" herein in this Contract includes the party or parties identified in the Contract.    The singular shall include the plural;  if there is more than one **CONTRACTOR** herein, unless expressly stated otherwise, their obligations and liabilities hereunder shall be joint and several. Use of the feminine, masculine, or neuter genders shall be deemed to include the genders not used.

### PSC-2.   NUMBER OF ORIGINALS

The number of original texts of this Contract shall be equal to the number of the parties hereto, one text being retained by each party.  At the **CITY'S** option, one or more additional original texts of this Contract may also be retained by the City.

### PSC-3.   APPLICABLE LAW, INTERPRETATION AND ENFORCEMENT

Each party's performance hereunder shall comply with all applicable laws of the United States of America, the State of California, and the **CITY**, including but not limited to, laws regarding health and safety, labor and employment, wage and hours and licensing laws which affect employees.  This Contract shall be enforced and interpreted under the laws of the State of California without regard to conflict of law principles. **CONTRACTOR** shall comply with new, amended, or revised laws, regulations, and/or procedures that apply to the performance of this Contract.

In any action arising out of this Contract, **CONTRACTOR** consents to personal jurisdiction, and agrees to bring all such actions, exclusively in state or federal courts located in Los Angeles County, California.

If any part, term or provision of this Contract is held void, illegal, unenforceable, or in conflict with any law of a federal, state or local government having jurisdiction over this Contract, the validity of the remaining parts, terms or provisions of the Contract shall not be affected thereby.

## PSC-4. TIME OF EFFECTIVENESS

Unless otherwise provided, this Contract shall take effect when all of the following events have occurred:

A. This Contract has been signed on behalf of **CONTRACTOR** by the person or persons authorized to bind **CONTRACTOR** hereto;

B. This Contract has been approved by the City Council or by the board, officer or employee authorized to give such approval;

C. The Office of the City Attorney has indicated in writing its approval of this Contract as to form; and

D. This Contract has been signed on behalf of the **CITY** by the person designated by the City Council, or by the board, officer or employee authorized to enter into this Contract.

## PSC-5. INTEGRATED CONTRACT

This Contract sets forth all of the rights and duties of the parties with respect to the subject matter hereof, and replaces any and all previous Contracts or understandings, whether written or oral, relating thereto. This Contract may be amended only as provided for in paragraph PSC-6 hereof.

## PSC-6. AMENDMENT

All amendments to this Contract shall be in writing and signed and approved pursuant to the provisions of PSC-4.

## PSC-7. EXCUSABLE DELAYS

In the event that performance on the part of any party hereto is delayed or suspended as a result of circumstances beyond the reasonable control and without the fault and negligence of said party, none of the parties shall incur any liability to the other parties as a result of such delay or suspension. Circumstances deemed to be beyond the control of the parties hereunder include, but are not limited to, acts of God or of the public enemy; insurrection; acts of the Federal Government or any unit of State or Local Government in either sovereign or contractual capacity; fires; floods; earthquakes; epidemics; quarantine restrictions; strikes; freight embargoes or delays in transportation, to the extent that they are not caused by the party's willful or negligent acts or omissions, and to the extent that they are beyond the party's reasonable control.

## PSC-8. BREACH

Except for excusable delays as described in PSC-7, if any party fails to perform, in whole or in part, any promise, covenant, or agreement set forth herein, or should any representation made by it be untrue, any aggrieved party may avail itself of all rights

and remedies, at law or equity, in the courts of law. Said rights and remedies are cumulative of those provided for herein except that in no event shall any party recover more than once, suffer a penalty or forfeiture, or be unjustly compensated.

## PSC-9. WAIVER

A waiver of a default of any part, term or provision of this Contract shall not be construed as a waiver of any succeeding default or as a waiver of the part, term or provision itself. A party's performance after the other party's default shall not be construed as a waiver of that default.

## PSC-10. TERMINATION

### A. TERMINATION FOR CONVENIENCE

The **CITY** may terminate this Contract for the **CITY'S** convenience at any time by giving **CONTRACTOR** thirty days written notice thereof. Upon receipt of said notice, **CONTRACTOR** shall immediately take action not to incur any additional obligations, cost or expenses, except as may be reasonably necessary to terminate its activities. The **CITY** shall pay **CONTRACTOR** its reasonable and allowable costs through the effective date of termination and those reasonable and necessary costs incurred by **CONTRACTOR** to affect such termination. Thereafter, **CONTRACTOR** shall have no further claims against the **CITY** under this Contract. All finished and unfinished documents and materials procured for or produced under this Contract, including all intellectual property rights thereto, shall become **CITY** property upon the date of such termination. **CONTRACTOR** agrees to execute any documents necessary for the **CITY** to perfect, memorialize, or record the **CITY'S** ownership of rights provided herein.

### B. TERMINATION FOR BREACH OF CONTRACT

1. Except for excusable delays as provided in PSC-7, if **CONTRACTOR** fails to perform any of the provisions of this Contract or so fails to make progress as to endanger timely performance of this Contract, the **CITY** may give **CONTRACTOR** written notice of such default. If **CONTRACTOR** does not cure such default or provide a plan to cure such default which is acceptable to the **CITY** within the time permitted by the **CITY**, then the **CITY** may terminate this Contract due to **CONTRACTOR'S** breach of this Contract.

2. If a federal or state proceeding for relief of debtors is undertaken by or against **CONTRACTOR**, or if **CONTRACTOR** makes an assignment for the benefit of creditors, then the **CITY** may immediately terminate this Contract.

3. If **CONTRACTOR** engages in any dishonest conduct related to the performance or administration of this Contract or violates the

**CITY'S** lobbying policies, then the **CITY** may immediately terminate this Contract.

4.  In the event the **CITY** terminates this Contract as provided in this section, the **CITY** may procure, upon such terms and in such manner as the **CITY** may deem appropriate, services similar in scope and level of effort to those so terminated, and **CONTRACTOR** shall be liable to the **CITY** for all of its costs and damages, including, but not limited, any excess costs for such services.

5.  All finished or unfinished documents and materials produced or procured under this Contract, including all intellectual property rights thereto, shall become **CITY** property upon date of such termination. **CONTRACTOR** agrees to execute any documents necessary for the **CITY** to perfect, memorialize, or record the **CITY'S** ownership of rights provided herein.

6.  If, after notice of termination of this Contract under the provisions of this section, it is determined for any reason that **CONTRACTOR** was not in default under the provisions of this section, or that the default was excusable under the terms of this Contract, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to PSC-10(A) Termination for Convenience.

7.  The rights and remedies of the **CITY** provided in this section shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract.

## PSC-11.  INDEPENDENT CONTRACTOR

**CONTRACTOR** is acting hereunder as an independent contractor and not as an agent or employee of the **CITY**. **CONTRACTOR** shall not represent or otherwise hold out itself or any of its directors, officers, partners, employees, or agents to be an agent or employee of the **CITY**.

## PSC-12.  CONTRACTOR'S PERSONNEL

Unless otherwise provided or approved by the **CITY**, **CONTRACTOR** shall use its own employees to perform the services described in this Contract. The **CITY** shall have the right to review and approve any personnel who are assigned to work under this Contract. **CONTRACTOR** agrees to remove personnel from performing work under this Contract if requested to do so by the **CITY**.

**CONTRACTOR** shall not use subcontractors to assist in performance of this Contract without the prior written approval of the **CITY**. If the **CITY** permits the use of subcontractors, **CONTRACTOR** shall remain responsible for performing all aspects of

this Contract.  The **CITY** has the right to approve **CONTRACTOR'S** subcontractors, and the **CITY** reserves the right to request replacement of subcontractors.  The **CITY** does not have any obligation to pay **CONTRACTOR'S** subcontractors, and nothing herein creates any privity between the **CITY** and the subcontractors.

## PSC-13.  PROHIBITION AGAINST ASSIGNMENT OR DELEGATION

**CONTRACTOR** may not, unless it has first obtained the written permission of the **CITY**:

    A.    Assign or otherwise alienate any of its rights under this Contract, including the right to payment; or

    B.    Delegate, subcontract, or otherwise transfer any of its duties under this Contract.

## PSC-14.  PERMITS

**CONTRACTOR** and its directors, officers, partners, agents, employees, and subcontractors, to the extent allowed hereunder, shall obtain and maintain all licenses, permits, certifications and other documents necessary for **CONTRACTOR'S** performance hereunder and shall pay any fees required therefor.  **CONTRACTOR** certifies to immediately notify the **CITY** of any suspension, termination, lapses, non-renewals, or restrictions of licenses, permits, certificates, or other documents.

## PSC-15.  CLAIMS FOR LABOR AND MATERIALS

**CONTRACTOR** shall promptly pay when due all amounts payable for labor and materials furnished in the performance of this Contract so as to prevent any lien or other claim under any provision of law from arising against any **CITY** property (including reports, documents, and other tangible or intangible matter produced by **CONTRACTOR** hereunder), against **CONTRACTOR'S** rights to payments hereunder, or against the **CITY**, and shall pay all amounts due under the Unemployment Insurance Act with respect to such labor.

## PSC-16.  CURRENT LOS ANGELES CITY BUSINESS TAX REGISTRATION CERTIFICATE REQUIRED

If applicable, **CONTRACTOR** represents that it has obtained and presently holds the Business Tax Registration Certificate(s) required by the **CITY'S** Business Tax Ordinance, Section 21.00 *et seq.* of the Los Angeles Municipal Code.  For the term covered by this Contract, **CONTRACTOR** shall maintain, or obtain as necessary, all such Certificates required of it under the Business Tax Ordinance, and shall not allow any such Certificate to be revoked or suspended.

## PSC-17.  RETENTION OF RECORDS, AUDIT AND REPORTS

**CONTRACTOR** shall maintain all records, including records of financial transactions, pertaining to the performance of this Contract, in their original form, in accordance with

requirements prescribed by the **CITY**. These records shall be retained for a period of no less than three years following final payment made by the **CITY** hereunder or the expiration date of this Contract, whichever occurs last. Said records shall be subject to examination and audit by authorized **CITY** personnel or by the **CITY'S** representative at any time during the term of this Contract or within the three years following final payment made by the **CITY** hereunder or the expiration date of this Contract, whichever occurs last. **CONTRACTOR** shall provide any reports requested by the **CITY** regarding performance of this Contract. Any subcontract entered into by **CONTRACTOR**, to the extent allowed hereunder, shall include a like provision for work to be performed under this Contract.

## PSC-18. FALSE CLAIMS ACT

**CONTRACTOR** acknowledges that it is aware of liabilities resulting from submitting a false claim for payment by the **CITY** under the False Claims Act (Cal. Gov. Code §§ 12650 *et seq.*), including treble damages, costs of legal actions to recover payments, and civil penalties of up to $10,000 per false claim.

## PSC-19. BONDS

All bonds which may be required hereunder shall conform to **CITY** requirements established by Charter, ordinance or policy, and shall be filed with the Office of the City Administrative Officer, Risk Management for its review and acceptance in accordance with Sections 11.47 through 11.56 of the Los Angeles Administrative Code.

## PSC-20. INDEMNIFICATION

Except for the active negligence or willful misconduct of the **CITY**, or any of its Boards, Officers, Agents, Employees, Assigns and Successors in Interest, **CONTRACTOR** undertakes and agrees to defend, indemnify and hold harmless the **CITY** and any of its Boards, Officers, Agents, Employees, Assigns, and Successors in Interest from and against all suits and causes of action, claims, losses, demands and expenses, including, but not limited to, attorney's fees (both in house and outside counsel) and cost of litigation (including all actual litigation costs incurred by the **CITY**, including but not limited to, costs of experts and consultants), damages or liability of any nature whatsoever, for death or injury to any person, including **CONTRACTOR'S** employees and agents, or damage or destruction of any property of either party hereto or of third parties, arising in any manner by reason of the negligent acts, errors, omissions or willful misconduct incident to the performance of this Contract by **CONTRACTOR** or its subcontractors of any tier. Rights and remedies available to the **CITY** under this provision are cumulative of those provided for elsewhere in this Contract and those allowed under the laws of the United States, the State of California, and the **CITY**. The provisions of PSC-20 shall survive expiration or termination of this Contract.

## PSC-21. INTELLECTUAL PROPERTY INDEMNIFICATION

**CONTRACTOR**, at its own expense, undertakes and agrees to defend, indemnify, and hold harmless the **CITY**, and any of its Boards, Officers, Agents, Employees, Assigns,

and Successors in Interest from and against all suits and causes of action, claims, losses, demands and expenses, including, but not limited to, attorney's fees (both in house and outside counsel) and cost of litigation (including all actual litigation costs incurred by the **CITY**, including but not limited to, costs of experts and consultants), damages or liability of any nature whatsoever arising out of the infringement, actual or alleged, direct or contributory, of any intellectual property rights, including, without limitation, patent, copyright, trademark, trade secret, right of publicity and proprietary information right (1) on or in any design, medium, matter, article, process, method, application, equipment, device, instrumentation, software, hardware, or firmware used by **CONTRACTOR**, or its subcontractors of any tier, in performing the work under this Contract; or (2) as a result of the **CITY'S** actual or intended use of any Work Product furnished by **CONTRACTOR**, or its subcontractors of any tier, under the Agreement. Rights and remedies available to the **CITY** under this provision are cumulative of those provided for elsewhere in this Contract and those allowed under the laws of the United States, the State of California, and the **CITY**. The provisions of PSC-21 shall survive expiration or termination of this Contract.

## PSC-22. INTELLECTUAL PROPERTY WARRANTY

**CONTRACTOR** represents and warrants that its performance of all obligations under this Contract does not infringe in any way, directly or contributorily, upon any third party's intellectual property rights, including, without limitation, patents, copyrights, trademarks, trade secrets, rights of publicity and proprietary information.

## PSC-23. OWNERSHIP AND LICENSE

Unless otherwise provided for herein, all Work Products originated and prepared by **CONTRACTOR** or its subcontractors of any tier under this Contract shall be and remain the exclusive property of the **CITY** for its use in any manner it deems appropriate. Work Products are all works, tangible or not, created under this Contract including, without limitation, documents, material, data, reports, manuals, specifications, artwork, drawings, sketches, computer programs and databases, schematics, photographs, video and audiovisual recordings, sound recordings, marks, logos, graphic designs, notes, websites, domain names, inventions, processes, formulas matters and combinations thereof, and all forms of intellectual property. **CONTRACTOR** hereby assigns, and agrees to assign, all goodwill, copyright, trademark, patent, trade secret and all other intellectual property rights worldwide in any Work Products originated and prepared by **CONTRACTOR** under this Contract. **CONTRACTOR** further agrees to execute any documents necessary for the **CITY** to perfect, memorialize, or record the **CITY'S** ownership of rights provided herein.

For all Work Products delivered to the **CITY** that are not originated or prepared by **CONTRACTOR** or its subcontractors of any tier under this Contract, **CONTRACTOR** hereby grants a non-exclusive perpetual license to use such Work Products for any **CITY** purposes.

**CONTRACTOR** shall not provide or disclose any Work Product to any third party without prior written consent of the **CITY**.

Any subcontract entered into by **CONTRACTOR** relating to this Contract, to the extent allowed hereunder, shall include a like provision for work to be performed under this Contract to contractually bind or otherwise oblige its subcontractors performing work under this Contract such that the **CITY'S** ownership and license rights of all Work Products are preserved and protected as intended herein. Failure of **CONTRACTOR** to comply with this requirement or to obtain the compliance of its subcontractors with such obligations shall subject **CONTRACTOR** to the imposition of any and all sanctions allowed by law, including but not limited to termination of **CONTRACTOR'S** contract with the **CITY**.

## PSC-24.   INSURANCE

During the term of this Contract and without limiting **CONTRACTOR'S** indemnification of the **CITY**, **CONTRACTOR** shall provide and maintain at its own expense a program of insurance having the coverages and limits customarily carried and actually arranged by **CONTRACTOR,** but not less than the amounts and types listed on the Required Insurance and Minimum Limits sheet (Form General 146 in Exhibit 1 hereto), covering its operations hereunder.   Such insurance shall conform to **CITY** requirements established by Charter, ordinance or policy, shall comply with the Insurance Contractual Requirements (Form General 133 in Exhibit 1 hereto) and shall otherwise be in a form acceptable to the Office of the City Administrative Officer, Risk Management. **CONTRACTOR** shall comply with all Insurance Contractual Requirements shown on Exhibit 1 hereto.  Exhibit 1 is hereby incorporated by reference and made a part of this Contract.

## PSC-25.   DISCOUNT TERMS

**CONTRACTOR** agrees to offer the **CITY** any discount terms that are offered to its best customers for the goods and services to be provided hereunder and apply such discount to payments made under this Contract which meet the discount terms.

## PSC-26.   WARRANTY AND RESPONSIBILITY OF CONTRACTOR

**CONTRACTOR** warrants that the work performed hereunder shall be completed in a manner consistent with professional standards practiced among those firms within **CONTRACTOR'S** profession, doing the same or similar work under the same or similar circumstances.

## PSC-27.   NON-DISCRIMINATION

Unless otherwise exempt, this Contract is subject to the non-discrimination provisions in Sections 10.8 through 10.8.2 of the Los Angeles Administrative Code, as amended from time to time.  The **CONTRACTOR** shall comply with the applicable non-discrimination and affirmative action provisions of the laws of the United States of America, the State of California, and the **CITY**.  In performing this Contract, **CONTRACTOR** shall not

discriminate in its employment practices against any employee or applicant for employment because of such person's race, religion, national origin, ancestry, sex, sexual orientation, age, disability, domestic partner status, marital status or medical condition. Any subcontract entered into by **CONTRACTOR**, to the extent allowed hereunder, shall include a like provision for work to be performed under this Contract.

Failure of **CONTRACTOR** to comply with this requirement or to obtain the compliance of its subcontractors with such obligations shall subject **CONTRACTOR** to the imposition of any and all sanctions allowed by law, including but not limited to termination of **CONTRACTOR'S** contract with the **CITY**.

## PSC-28. EQUAL EMPLOYMENT PRACTICES

Unless otherwise exempt, this Contract is subject to the equal employment practices provisions in Section 10.8.3 of the Los Angeles Administrative Code, as amended from time to time.

- A. During the performance of this Contract, **CONTRACTOR** agrees and represents that it will provide equal employment practices and **CONTRACTOR** and each subcontractor hereunder will ensure that in his or her employment practices persons are employed and employees are treated equally and without regard to or because of race, religion, ancestry, national origin, sex, sexual orientation, age, disability, marital status or medical condition.

    - 1. This provision applies to work or service performed or materials manufactured or assembled in the United States.

    - 2. Nothing in this section shall require or prohibit the establishment of new classifications of employees in any given craft, work or service category.

    - 3. **CONTRACTOR** agrees to post a copy of Paragraph A hereof in conspicuous places at its place of business available to employees and applicants for employment.

- B. **CONTRACTOR** will, in all solicitations or advertisements for employees placed by or on behalf of **CONTRACTOR**, state that all qualified applicants will receive consideration for employment without regard to their race, religion, ancestry, national origin, sex, sexual orientation, age, disability, marital status or medical condition.

- C. As part of the **CITY'S** supplier registration process, and/or at the request of the awarding authority, or the Board of Public Works, Office of Contract Compliance, **CONTRACTOR** shall certify in the specified format that he or she has not discriminated in the performance of **CITY** contracts against any employee or applicant for employment on the basis or because of

race, religion, national origin, ancestry, sex, sexual orientation, age, disability, marital status or medical condition.

D. **CONTRACTOR** shall permit access to and may be required to provide certified copies of all of his or her records pertaining to employment and to employment practices by the awarding authority or the Office of Contract Compliance for the purpose of investigation to ascertain compliance with the Equal Employment Practices provisions of **CITY** contracts. On their or either of their request **CONTRACTOR** shall provide evidence that he or she has or will comply therewith.

E. The failure of any **CONTRACTOR** to comply with the Equal Employment Practices provisions of this Contract may be deemed to be a material breach of **CITY** contracts. Such failure shall only be established upon a finding to that effect by the awarding authority, on the basis of its own investigation or that of the Board of Public Works, Office of Contract Compliance. No such finding shall be made or penalties assessed except upon a full and fair hearing after notice and an opportunity to be heard has been given to **CONTRACTOR**.

F. Upon a finding duly made that **CONTRACTOR** has failed to comply with the Equal Employment Practices provisions of a **CITY** contract, the contract may be forthwith canceled, terminated or suspended, in whole or in part, by the awarding authority, and all monies due or to become due hereunder may be forwarded to and retained by the **CITY**. In addition thereto, such failure to comply may be the basis for a determination by the awarding authority or the Board of Public Works that the **CONTRACTOR** is an irresponsible bidder or proposer pursuant to the provisions of Section 371 of the Charter of the City of Los Angeles. In the event of such a determination, **CONTRACTOR** shall be disqualified from being awarded a contract with the **CITY** for a period of two years, or until **CONTRACTOR** shall establish and carry out a program in conformance with the provisions hereof.

G. Notwithstanding any other provision of this Contract, the **CITY** shall have any and all other remedies at law or in equity for any breach hereof.

H. Intentionally blank.

I. Nothing contained in this Contract shall be construed in any manner so as to require or permit any act which is prohibited by law.

J. At the time a supplier registers to do business with the **CITY**, or when an individual bid or proposal is submitted, **CONTRACTOR** shall agree to adhere to the Equal Employment Practices specified herein during the performance or conduct of **CITY** Contracts.

K.   Equal Employment Practices shall, without limitation as to the subject or nature of employment activity, be concerned with such employment practices as:

    1.   Hiring practices;

    2.   Apprenticeships where such approved programs are functioning, and other on-the-job training for non-apprenticeable occupations;

    3.   Training and promotional opportunities; and

    4.   Reasonable accommodations for persons with disabilities.

L.   Any subcontract entered into by **CONTRACTOR**, to the extent allowed hereunder, shall include a like provision for work to be performed under this Contract. Failure of **CONTRACTOR** to comply with this requirement or to obtain the compliance of its subcontractors with all such obligations shall subject **CONTRACTOR** to the imposition of any and all sanctions allowed by law, including but not limited to termination of the **CONTRACTOR'S** Contract with the **CITY**.

## PSC-29. AFFIRMATIVE ACTION PROGRAM

Unless otherwise exempt, this Contract is subject to the affirmative action program provisions in Section 10.8.4 of the Los Angeles Administrative Code, as amended from time to time.

A.   During the performance of a **CITY** contract, **CONTRACTOR** certifies and represents that **CONTRACTOR** and each subcontractor hereunder will adhere to an affirmative action program to ensure that in its employment practices, persons are employed and employees are treated equally and without regard to or because of race, religion, ancestry, national origin, sex, sexual orientation, age, disability, marital status or medical condition.

    1.   This provision applies to work or services performed or materials manufactured or assembled in the United States.

    2.   Nothing in this section shall require or prohibit the establishment of new classifications of employees in any given craft, work or service category.

    3.   **CONTRACTOR** shall post a copy of Paragraph A hereof in conspicuous places at its place of business available to employees and applicants for employment.

B.   **CONTRACTOR** will, in all solicitations or advertisements for employees placed by or on behalf of **CONTRACTOR**, state that all qualified applicants will receive consideration for employment without regard to

their race, religion, ancestry, national origin, sex, sexual orientation, age, disability, marital status or medical condition.

C.  As part of the **CITY'S** supplier registration process, and/or at the request of the awarding authority or the Office of Contract Compliance, **CONTRACTOR** shall certify on an electronic or hard copy form to be supplied, that **CONTRACTOR** has not discriminated in the performance of **CITY** contracts against any employee or applicant for employment on the basis or because of race, religion, ancestry, national origin, sex, sexual orientation, age, disability, marital status or medical condition.

D.  **CONTRACTOR** shall permit access to and may be required to provide certified copies of all of its records pertaining to employment and to its employment practices by the awarding authority or the Office of Contract Compliance, for the purpose of investigation to ascertain compliance with the Affirmative Action Program provisions of **CITY** contracts, and on their or either of their request to provide evidence that it has or will comply therewith.

E.  The failure of any **CONTRACTOR** to comply with the Affirmative Action Program provisions of **CITY** contracts may be deemed to be a material breach of contract. Such failure shall only be established upon a finding to that effect by the awarding authority, on the basis of its own investigation or that of the Board of Public Works, Office of Contract Compliance. No such finding shall be made except upon a full and fair hearing after notice and an opportunity to be heard has been given to **CONTRACTOR**.

F.  Upon a finding duly made that **CONTRACTOR** has breached the Affirmative Action Program provisions of a **CITY** contract, the contract may be forthwith cancelled, terminated or suspended, in whole or in part, by the awarding authority, and all monies due or to become due hereunder may be forwarded to and retained by the **CITY**. In addition thereto, such breach may be the basis for a determination by the awarding authority or the Board of Public Works that the said **CONTRACTOR** is an irresponsible bidder or proposer pursuant to the provisions of Section 371 of the Los Angeles City Charter. In the event of such determination, such **CONTRACTOR** shall be disqualified from being awarded a contract with the **CITY** for a period of two years, or until he or she shall establish and carry out a program in conformance with the provisions hereof.

G.  In the event of a finding by the Fair Employment and Housing Commission of the State of California, or the Board of Public Works of the City of Los Angeles, or any court of competent jurisdiction, that **CONTRACTOR** has been guilty of a willful violation of the California Fair Employment and Housing Act, or the Affirmative Action Program provisions of a **CITY** contract, there may be deducted from the amount payable to **CONTRACTOR** by the **CITY** under the contract, a penalty of ten dollars

($10.00) for each person for each calendar day on which such person was discriminated against in violation of the provisions of a **CITY** contract.

H. Notwithstanding any other provisions of a **CITY** contract, the **CITY** shall have any and all other remedies at law or in equity for any breach hereof.

I. Intentionally blank.

J. Nothing contained in **CITY** contracts shall be construed in any manner so as to require or permit any act which is prohibited by law.

K. **CONTRACTOR** shall submit an Affirmative Action Plan which shall meet the requirements of this chapter at the time it submits its bid or proposal or at the time it registers to do business with the **CITY**. The plan shall be subject to approval by the Office of Contract Compliance prior to award of the contract. The awarding authority may also require contractors and suppliers to take part in a pre-registration, pre-bid, pre-proposal, or pre-award conference in order to develop, improve or implement a qualifying Affirmative Action Plan. Affirmative Action Programs developed pursuant to this section shall be effective for a period of twelve months from the date of approval by the Office of Contract Compliance. In case of prior submission of a plan, **CONTRACTOR** may submit documentation that it has an Affirmative Action Plan approved by the Office of Contract Compliance within the previous twelve months. If the approval is 30 days or less from expiration, **CONTRACTOR** must submit a new Plan to the Office of Contract Compliance and that Plan must be approved before the contract is awarded.

1. Every contract of $5,000 or more which may provide construction, demolition, renovation, conservation or major maintenance of any kind shall in addition comply with the requirements of Section 10.13 of the Los Angeles Administrative Code.

2. **CONTRACTOR** may establish and adopt as its own Affirmative Action Plan, by affixing his or her signature thereto, an Affirmative Action Plan prepared and furnished by the Office of Contract Compliance, or it may prepare and submit its own Plan for approval.

L. The Office of Contract Compliance shall annually supply the awarding authorities of the **CITY** with a list of contractors and suppliers who have developed Affirmative Action Programs. For each contractor and supplier the Office of Contract Compliance shall state the date the approval expires. The Office of Contract Compliance shall not withdraw its approval for any Affirmative Action Plan or change the Affirmative Action Plan after the date of contract award for the entire contract term without the mutual agreement of the awarding authority and **CONTRACTOR**.

M.  The Affirmative Action Plan required to be submitted hereunder and the pre-registration, pre-bid, pre-proposal or pre-award conference which may be required by the Board of Public Works, Office of Contract Compliance or the awarding authority shall, without limitation as to the subject or nature of employment activity, be concerned with such employment practices as:

   1.  Apprenticeship where approved programs are functioning, and other on-the-job training for non-apprenticeable occupations;

   2.  Classroom preparation for the job when not apprenticeable;

   3.  Pre-apprenticeship education and preparation;

   4.  Upgrading training and opportunities;

   5.  Encouraging the use of contractors, subcontractors and suppliers of all racial and ethnic groups, provided, however, that any contract subject to this ordinance shall require the contractor, subcontractor or supplier to provide not less than the prevailing wage, working conditions and practices generally observed in private industries in the contractor's, subcontractor's or supplier's geographical area for such work;

   6.  The entry of qualified women, minority and all other journeymen into the industry; and

   7.  The provision of needed supplies or job conditions to permit persons with disabilities to be employed, and minimize the impact of any disability.

N.  Any adjustments which may be made in the contractor's or supplier's workforce to achieve the requirements of the CITY'S Affirmative Action Contract Compliance Program in purchasing and construction shall be accomplished by either an increase in the size of the workforce or replacement of those employees who leave the workforce by reason of resignation, retirement or death and not by termination, layoff, demotion or change in grade.

O.  Affirmative Action Agreements resulting from the proposed Affirmative Action Plan or the pre-registration, pre-bid, pre-proposal or pre-award conferences shall not be confidential and may be publicized by the contractor at his or her discretion. Approved Affirmative Action Agreements become the property of the CITY and may be used at the discretion of the CITY in its Contract Compliance Affirmative Action Program.

P.  Intentionally blank.

Q.     All contractors subject to the provisions of this section shall include a like provision in all subcontracts awarded for work to be performed under the contract with the **CITY** and shall impose the same obligations, including but not limited to filing and reporting obligations, on the subcontractors as are applicable to the contractor. Failure of the contractor to comply with this requirement or to obtain the compliance of its subcontractors with all such obligations shall subject the contractor to the imposition of any and all sanctions allowed by law, including but not limited to termination of the contractor's contract with the **CITY**.

## PSC-30.   CHILD SUPPORT ASSIGNMENT ORDERS

This Contract is subject to the Child Support Assignment Orders Ordinance, Section 10.10 of the Los Angeles Administrative Code, as amended from time to time. Pursuant to the Child Support Assignment Orders Ordinance, **CONTRACTOR** will fully comply with all applicable State and Federal employment reporting requirements for **CONTRACTOR'S** employees. **CONTRACTOR** shall also certify (1) that the Principal Owner(s) of **CONTRACTOR** are in compliance with any Wage and Earnings Assignment Orders and Notices of Assignment applicable to them personally; (2) that **CONTRACTOR** will fully comply with all lawfully served Wage and Earnings Assignment Orders and Notices of Assignment in accordance with Section 5230, *et seq.* of the California Family Code; and (3) that **CONTRACTOR** will maintain such compliance throughout the term of this Contract.

Pursuant to Section 10.10(b) of the Los Angeles Administrative Code, the failure of **CONTRACTOR** to comply with all applicable reporting requirements or to implement lawfully served Wage and Earnings Assignment Orders or Notices of Assignment, or the failure of any Principal Owner(s) of **CONTRACTOR** to comply with any Wage and Earnings Assignment Orders or Notices of Assignment applicable to them personally, shall constitute a default by the **CONTRACTOR** under this Contract, subjecting this Contract to termination if such default shall continue for more than ninety (90) days after notice of such default to **CONTRACTOR** by the **CITY**.

Any subcontract entered into by **CONTRACTOR**, to the extent allowed hereunder, shall include a like provision for work to be performed under this Contract. Failure of **CONTRACTOR** to obtain compliance of its subcontractors shall constitute a default by **CONTRACTOR** under this Contract, subjecting this Contract to termination where such default shall continue for more than ninety (90) days after notice of such default to **CONTRACTOR** by the **CITY**.

**CONTRACTOR** certifies that, to the best of its knowledge, it is fully complying with the Earnings Assignment Orders of all employees, and is providing the names of all new employees to the New Hire Registry maintained by the Employment Development Department as set forth in Section 7110(b) of the California Public Contract Code.

**PSC-31. LIVING WAGE ORDINANCE AND SERVICE CONTRACTOR WORKER RETENTION ORDINANCE**

    A.    Unless otherwise exempt, this Contract is subject to the applicable provisions of the Living Wage Ordinance (LWO), Section 10.37 *et seq.* of the Los Angeles Administrative Code, as amended from time to time, and the Service Contractor Worker Retention Ordinance (SCWRO), Section 10.36 *et seq.*, of the Los Angeles Administrative Code, as amended from time to time. These Ordinances require the following:

        1.    **CONTRACTOR** assures payment of a minimum initial wage rate to employees as defined in the LWO and as may be adjusted each July 1 and provision of compensated and uncompensated days off and health benefits, as defined in the LWO.

        2.    **CONTRACTOR** further pledges that it will comply with federal law proscribing retaliation for union organizing and will not retaliate for activities related to the LWO. **CONTRACTOR** shall require each of its subcontractors within the meaning of the LWO to pledge to comply with the terms of federal law proscribing retaliation for union organizing. **CONTRACTOR** shall deliver the executed pledges from each such subcontractor to the **CITY** within ninety (90) days of the execution of the subcontract. **CONTRACTOR'S** delivery of executed pledges from each such subcontractor shall fully discharge the obligation of **CONTRACTOR** with respect to such pledges and fully discharge the obligation of **CONTRACTOR** to comply with the provision in the LWO contained in Section 10.37.6(c) concerning compliance with such federal law.

        3.    **CONTRACTOR**, whether an employer, as defined in the LWO, or any other person employing individuals, shall not discharge, reduce in compensation, or otherwise discriminate against any employee for complaining to the **CITY** with regard to the employer's compliance or anticipated compliance with the LWO, for opposing any practice proscribed by the LWO, for participating in proceedings related to the LWO, for seeking to enforce his or her rights under the LWO by any lawful means, or otherwise asserting rights under the LWO. **CONTRACTOR** shall post the Notice of Prohibition Against Retaliation provided by the **CITY**.

        4.    Any subcontract entered into by **CONTRACTOR** relating to this Contract, to the extent allowed hereunder, shall be subject to the provisions of PSC-31 and shall incorporate the provisions of the LWO and the SCWRO.

5. **CONTRACTOR** shall comply with all rules, regulations and policies promulgated by the **CITY'S** Designated Administrative Agency which may be amended from time to time.

B. Under the provisions of Sections 10.36.3(c) and 10.37.6(c) of the Los Angeles Administrative Code, the **CITY** shall have the authority, under appropriate circumstances, to terminate this Contract and otherwise pursue legal remedies that may be available if the **CITY** determines that the subject **CONTRACTOR** has violated provisions of either the LWO or the SCWRO, or both.

C. Where under the LWO Section 10.37.6(d), the **CITY'S** Designated Administrative Agency has determined (a) that **CONTRACTOR** is in violation of the LWO in having failed to pay some or all of the living wage, and (b) that such violation has gone uncured, the **CITY** in such circumstances may impound monies otherwise due **CONTRACTOR** in accordance with the following procedures. Impoundment shall mean that from monies due **CONTRACTOR**, **CITY** may deduct the amount determined to be due and owing by **CONTRACTOR** to its employees. Such monies shall be placed in the holding account referred to in LWO Section 10.37.6(d)(3) and disposed of under procedures described therein through final and binding arbitration. Whether **CONTRACTOR** is to continue work following an impoundment shall remain in the sole discretion of the **CITY**. **CONTRACTOR** may not elect to discontinue work either because there has been an impoundment or because of the ultimate disposition of the impoundment by the arbitrator.

D. **CONTRACTOR** shall inform employees making less than Twelve Dollars ($12.00) per hour of their possible right to the federal Earned Income Credit (EIC). **CONTRACTOR** shall also make available to employees the forms informing them about the EIC and forms required to secure advance EIC payments from **CONTRACTOR**.

## PSC-32. AMERICANS WITH DISABILITIES ACT

**CONTRACTOR** hereby certifies that it will comply with the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*, and its implementing regulations. **CONTRACTOR** will provide reasonable accommodations to allow qualified individuals with disabilities to have access to and to participate in its programs, services and activities in accordance with the provisions of the Americans with Disabilities Act. **CONTRACTOR** will not discriminate against persons with disabilities nor against persons due to their relationship to or association with a person with a disability. Any subcontract entered into by **CONTRACTOR**, relating to this Contract, to the extent allowed hereunder, shall be subject to the provisions of this paragraph.

## PSC-33. CONTRACTOR RESPONSIBILITY ORDINANCE

Unless otherwise exempt, this Contract is subject to the provisions of the Contractor Responsibility Ordinance, Section 10.40 *et seq.*, of the Los Angeles Administrative Code, as amended from time to time, which requires **CONTRACTOR** to update its responses to the responsibility questionnaire within thirty calendar days after any change to the responses previously provided if such change would affect **CONTRACTOR'S** fitness and ability to continue performing this Contract.

In accordance with the provisions of the Contractor Responsibility Ordinance, by signing this Contract, **CONTRACTOR** pledges, under penalty of perjury, to comply with all applicable federal, state and local laws in the performance of this Contract, including but not limited to, laws regarding health and safety, labor and employment, wages and hours, and licensing laws which affect employees. **CONTRACTOR** further agrees to: (1) notify the **CITY** within thirty calendar days after receiving notification that any government agency has initiated an investigation which may result in a finding that **CONTRACTOR** is not in compliance with all applicable federal, state and local laws in performance of this Contract; (2) notify the **CITY** within thirty calendar days of all findings by a government agency or court of competent jurisdiction that **CONTRACTOR** has violated the provisions of Section 10.40.3(a) of the Contractor Responsibility Ordinance; (3) unless exempt, ensure that its subcontractor(s), as defined in the Contractor Responsibility Ordinance, submit a Pledge of Compliance to the **CITY**; and (4) unless exempt, ensure that its subcontractor(s), as defined in the Contractor Responsibility Ordinance, comply with the requirements of the Pledge of Compliance and the requirement to notify the **CITY** within thirty calendar days after any government agency or court of competent jurisdiction has initiated an investigation or has found that the subcontractor has violated Section 10.40.3(a) of the Contractor Responsibility Ordinance in performance of the subcontract.

## PSC-34. MINORITY, WOMEN, AND OTHER BUSINESS ENTERPRISE OUTREACH PROGRAM

**CONTRACTOR** agrees and obligates itself to utilize the services of Minority, Women and Other Business Enterprise firms on a level so designated in its proposal, if any. **CONTRACTOR** certifies that it has complied with Mayoral Directive 2001-26 regarding the Outreach Program for Personal Services Contracts Greater than $100,000, if applicable. **CONTRACTOR** shall not change any of these designated subcontractors, nor shall **CONTRACTOR** reduce their level of effort, without prior written approval of the **CITY**, provided that such approval shall not be unreasonably withheld.

## PSC-35. EQUAL BENEFITS ORDINANCE

Unless otherwise exempt, this Contract is subject to the provisions of the Equal Benefits Ordinance (EBO), Section 10.8.2.1 of the Los Angeles Administrative Code, as amended from time to time.

A.  During the performance of the Contract, **CONTRACTOR** certifies and represents that **CONTRACTOR** will comply with the EBO.

B.  The failure of **CONTRACTOR** to comply with the EBO will be deemed to be a material breach of this Contract by the **CITY**.

C.  If **CONTRACTOR** fails to comply with the EBO the **CITY** may cancel, terminate or suspend this Contract, in whole or in part, and all monies due or to become due under this Contract may be retained by the **CITY**. The **CITY** may also pursue any and all other remedies at law or in equity for any breach.

D.  Failure to comply with the EBO may be used as evidence against **CONTRACTOR** in actions taken pursuant to the provisions of Los Angeles Administrative Code Section 10.40 *et seq.*, Contractor Responsibility Ordinance.

E.  If the **CITY'S** Designated Administrative Agency determines that a **CONTRACTOR** has set up or used its contracting entity for the purpose of evading the intent of the EBO, the **CITY** may terminate the Contract. Violation of this provision may be used as evidence against **CONTRACTOR** in actions taken pursuant to the provisions of Los Angeles Administrative Code Section 10.40 *et seq.*, Contractor Responsibility Ordinance.

**CONTRACTOR** shall post the following statement in conspicuous places at its place of business available to employees and applicants for employment:

> "During the performance of a Contract with the City of Los Angeles, the Contractor will provide equal benefits to its employees with spouses and its employees with domestic partners. Additional information about the City of Los Angeles' Equal Benefits Ordinance may be obtained from the Department of Public Works, Office of Contract Compliance at (213) 847-1922."

### PSC-36.  SLAVERY DISCLOSURE ORDINANCE

Unless otherwise exempt, this Contract is subject to the Slavery Disclosure Ordinance, Section 10.41 of the Los Angeles Administrative Code, as amended from time to time. **CONTRACTOR** certifies that it has complied with the applicable provisions of the Slavery Disclosure Ordinance. Failure to fully and accurately complete the affidavit may result in termination of this Contract.

Form Gen. 133 (Rev. 3/09)

## EXHIBIT 1

### INSURANCE CONTRACTUAL REQUIREMENTS

**CONTACT** For additional information about compliance with City Insurance and Bond requirements, contact the Office of the City Administrative Officer, Risk Management at (213) 978-RISK (7475) or go online at www.lacity.org/cao/risk. The City approved Bond Assistance Program is available for those contractors who are unable to obtain the City-required performance bonds. A City approved insurance program may be available as a low cost alternative for contractors who are unable to obtain City-required insurance.

### CONTRACTUAL REQUIREMENTS

CONTRACTOR AGREES THAT:

**1. Additional Insured/Loss Payee.** The CITY must be included as an Additional Insured in applicable liability policies to cover the CITY'S liability arising out of the acts or omissions of the named insured. The CITY is to be named as an Additional Named Insured and a Loss Payee As Its Interests May Appear in property insurance in which the CITY has an interest, e.g., as a lien holder.

**2. Notice of Cancellation.** All required insurance will be maintained in full force for the duration of its business with the CITY. By ordinance, all required insurance must provide at least thirty (30) days' prior written notice (ten (10) days for non-payment of premium) directly to the CITY if your insurance company elects to cancel or materially reduce coverage or limits prior to the policy expiration date, for any reason except impairment of an aggregate limit due to prior claims.

**3. Primary Coverage.** CONTRACTOR will provide coverage that is primary with respect to any insurance or self-insurance of the CITY. The CITY'S program shall be excess of this insurance and non-contributing.

**4. Modification of Coverage.** The CITY reserves the right at any time during the term of this Contract to change the amounts and types of insurance required hereunder by giving CONTRACTOR ninety (90) days' advance written notice of such change. If such change should result in substantial additional cost to CONTRACTOR, the CITY agrees to negotiate additional compensation proportional to the increased benefit to the CITY.

**5. Failure to Procure Insurance.** All required insurance must be submitted and approved by the Office of the City Administrative Officer, Risk Management prior to the inception of any operations by CONTRACTOR.

CONTRACTOR'S failure to procure or maintain required insurance or a self-insurance program during the entire term of this Contract shall constitute a material breach of this Contract under which the CITY may immediately suspend or terminate this Contract or, at its discretion, procure or renew such insurance to protect the CITY'S interests and pay any and all premiums in connection therewith and recover all monies so paid from CONTRACTOR.

**6. Workers' Compensation.** By signing this Contract, CONTRACTOR hereby certifies that it is aware of the provisions of Section 3700 *et seq.*, of the California Labor Code which require every employer to be insured against liability for Workers' Compensation or to undertake

Form Gen. 133 (Rev. 3/09)

self-insurance in accordance with the provisions of that Code, and that it will comply with such provisions at all time during the performance of the work pursuant to this Contract.

**7. California Licensee.** All insurance must be provided by an insurer admitted to do business in California or written through a California-licensed surplus lines broker or through an insurer otherwise acceptable to the CITY. Non-admitted coverage must contain a **Service of Suit** clause in which the underwriters agree to submit as necessary to the jurisdiction of a California court in the event of a coverage dispute. Service of process for this purpose must be allowed upon an agent in California designated by the insurer or upon the California Insurance Commissioner.

**8. Aggregate Limits/Impairment.** If any of the required insurance coverages contain annual aggregate limits, CONTRACTOR must give the CITY written notice of any pending claim or lawsuit which will materially diminish the aggregate within thirty (30) days of knowledge of same. You must take appropriate steps to restore the impaired aggregates or provide replacement insurance protection within thirty (30) days of knowledge of same. The CITY has the option to specify the minimum acceptable aggregate limit for each line of coverage required. No substantial reductions in scope of coverage which may affect the CITY'S protection are allowed without the CITY'S prior written consent.

**9. Commencement of Work.** For purposes of insurance coverage only, this Contract will be deemed to have been executed immediately upon any party hereto taking any steps that can be considered to be in furtherance of or towards performance of this Contract. The requirements in this Section supersede all other sections and provisions of this Contract, including, but not limited to, PSC-4, to the extent that any other section or provision conflicts with or impairs the provisions of this Section.

Form Gen. 146 (Rev. 3/09)

# Exhibit 1 (Continued)
## Required Insurance and Minimum Limits

Name: _____ Date: _____

Agreement/Reference: _____

Evidence of coverages checked below, with the specified minimum limits, must be submitted and approved prior to occupancy/start of operations. Amounts shown are Combined Single Limits ("CSLs"). For Automobile Liability, split limits may be substituted for a CSL if the total per occurrence equals or exceeds the CSL amount.

Limits

| Workers' Compensation – Workers' Compensation (WC) and Employer's Liability (EL) | | WC EL | Statutory |
|---|---|---|---|
| ☐ Waiver of Subrogation in favor of City | ☐ Longshore & Harbor Workers | | |
| | ☐ Jones Act | | |

General Liability _____ _____

☐ Products/Completed Operations ☐ Sexual Misconduct _____

☐ Fire Legal Liability _____

☐ _____

Automobile Liability (for any and all vehicles used for this Contract, other than commuting to/from work) _____

Professional Liability (Errors and Omissions) _____

Property Insurance (to cover replacement cost of building – as determined by insurance company) _____

☐ All Risk Coverage ☐ Boiler and Machinery

☐ Flood _____ ☐ Builder's Risk

☐ Earthquake _____ ☐ _____

Pollution Liability _____

☐ _____

Surety Bonds – Performance and Payment (Labor and Materials) Bonds    100 % of Contract Price

Crime Insurance _____

Other: _____
_____
_____

STANDARD PROVISIONS
FOR CITY CONTRACTS (Rev. 3/09)        **Exhibit C**
                                          **64**



LOS ANGELES POLICE DEPARTMENT

**OFFICIAL POLICE GARAGE SERVICE AREA 10**

Exhibit C

# EXHIBIT D

### SEC. 21.15.2. TAX IMPOSED.

For the privilege of occupying space in any parking facility in the City of Los Angeles, each occupant is subject to and shall pay a tax in the amount of ten percent (10%) of the parking fee. The tax imposed by this article shall be paid upon any occupancy on and after August 1, 1990, although such occupancy is pursuant to a contract, lease or other arrangement made prior to such date. Where the parking fee is paid, or charged or billed, or falls due on either a weekly, monthly or other term basis, the parking fee so paid, charged, billed or fallen due shall be subject to the tax herein imposed to the extent that it covers any portion of the period occurring on or after August 1, 1990 and such payment, charge, bill or parking fee due shall be apportioned on the basis of the proration of the number of days covered thereby. In computing the tax herein imposed, the fractional part of one cent shall be disregarded unless it amounts to one-half of one cent or more, in which case the amount shall be increased to the next highest cent. The tax herein imposed constitutes a debt owed by the occupant to the City, which is extinguished by payment to the operator or the City.

# EXHIBIT E

**SEC. 80.77.1. VEHICLE RELEASE FEE.**
**(Amended by Ord. No. 173,301, Eff. 6/30/00, Oper. 7/1/00.)**

(a)     Every person who redeems a vehicle or pocket bike from an Official Police Garage that was impounded at the direction of any City of Los Angeles Police or Traffic Officer for a violation of any provision of state or local law shall pay a fee of $115.00 per vehicle or pocket bike to reimburse the City for costs related to the impound. **(Amended by Ord. No. 181,312, Eff. 10/25/10.)**

(b)   The fee imposed by this section shall be paid to the operator of the Official Police Garage at the same time the towing and storage charges are paid. The fee imposed herein constitutes a debt owed to the City which is extinguished by payment to the operator.

(c)   Each operator of an Official Police Garage shall collect the fee imposed by this section at the same time the towing and storage charges are collected.

(d)   Each operator shall, on the 15th day and last day of each calendar month, make a statement to the Office of Finance, on forms provided by the Office of Finance, of the total amount of fees imposed by this section collected for said period. At the time the statement is filed, the full amount of said fees collected shall be remitted to the Office of Finance. However, the statement and remittance are due immediately upon the cessation of business by an operator for any reason. All fees collected by each operator pursuant to this section shall be held in trust for the account of the City until remittance thereof is made to the Office of Finance. **(Amended by Ord. No. 181,698, Eff. 6/18/11.)**

(e)   Any fees imposed by that section which are not collected by an operator or that are collected by an operator and not remitted to the Office of Finance within 15 days of the applicable dates set forth in Subsection (d) hereof are delinquent. A penalty for delinquency in the remittance of fees shall be paid by the operator to the Office of Finance in the amount of 25 percent of the amount of the delinquent fees. **(Amended by Ord. No. 181,698, Eff. 6/18/11.)**

(f)   It shall be the duty of each operator liable for the collection and remittance to the City of fees imposed by this section to keep and preserve for a period of four years all records as may be necessary to determine the amount of said fees for which said operator may have been liable for the collection and remittance to the City, which records the Office of Finance shall have the right to inspect at all reasonable times.

(g)   Any fees imposed by this section which are not collected by an operator or which are collected by an operator and not remitted to the Office of Finance shall be deemed a debt owed by the operator to the City. Any operator who fails to collect any fees imposed by this section or who fails to remit to the Office of Finance any fees collected under this section shall be liable in an action brought in the name of the City for the recovery of the amount of such fees.

# EXHIBIT F

Case 2:23-cv-02568-JGB-SP    Document 28-2    Filed 04/18/23    Page 74 of 75    Page ID #:264

The Official Website of the City of Los Angeles

**RESIDENTS**     **BUSINESS**     **VISITORS**     **JOBS**

 LACITY.GOV          **GOVERNMENT**               **CHIP**               **TRANSLATE**

⊙ ACCESSIBILITY    🔍 SEARCH

Home  ›  Highlights

  ›  Winter Shelters Open for People Experiencing Homelessness

# Winter Shelters Open for People Experiencing Homelessness

Posted on 02/22/2023

With temperatures dropping in Los Angeles, it's important to remember that not everyone has a place to go to stay warm and dry. If you or someone you know is in need of shelter during the winter months, there are resources available to help.

The Los Angeles Homeless Services Authority (LAHSA) operates a yearly winter shelter program from December through March that provides emergency shelter for those experiencing homelessness during the coldest months of the year. The program provides a range of services such as meals, showers, and case management support that can help them transition out of homelessness and into stable housing.

In addition to the winter shelter program, LAHSA also offers motel vouchers for individuals and families during times of extreme weather conditions.

To access these services, please visit https://www.lahsa.org/winter-shelter or call 2-1-1 to receive a referral to the nearest shelter or to request a motel voucher. It's important to act quickly when severe weather is expected, as shelters and vouchers can fill up quickly.

**Exhibit F**
**71**

**Exhibit F**
**72**