| | |
|---|---|
| LESLIE A. BAILEY (SBN 232690) | BRIAN D. OLNEY (SBN 298089) |
| lbailey@publicjustice.net | bolney@hadsellstormer.com |
| BRIAN HARDINGHAM (SBN 288773) | HADSELL STORMER RENICK & DAI LLP |
| bhardingham@publicjustice.net | 128 North Fair Oaks Avenue |
| PUBLIC JUSTICE | Pasadena, CA 91103 |
| 475 14th St., Ste. 610 | Telephone: (626) 585-9600 |
| Oakland, CA 94612 | |
| Telephone: (510) 622-8150 | |

CHARLES MOORE*
cmoore@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600

*Pro hac vice application pending*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP URQUIDI;<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES OFFICIAL POLICE GARAGE, a non-profit corporation; CITY OF LOS ANGELES POLICE DEPARTMENT, a public entity; MICHEL R. MOORE, in his official capacity; and JON'S TOWING INC., a California corporation.<br><br>        Defendants. | Case No. 2:23-cv-02568-JGB-SP<br><br>**JOINT STIPULATION TO DENY PLAINTIFF'S APPLICATION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AS MOOT** |

Pursuant to Rule 7-1 of the Local Civil Rules for the U.S. District Court for the Central District of California, and the Minute Order of the Court dated April 19, 2023 (the "Order," Dkt. No. 30), Plaintiff Phillip Urquidi and Defendants the City of Los Angeles (the "City"), City of Los

Angeles Police Department ("LAPD"), and Michel R. Moore (collectively, the "Defendants"), by and through undersigned counsel, hereby respectfully request an Order from the Court mooting Plaintiff's *Ex Parte* Application for a Temporary Restraining Order ("TRO," Dkt. No. 5).

WHEREAS, on April 19, 2023, the Court ordered Defendants' Counsel to "immediately contact [Jon's Towing] and inquire as to the status of the release of Mr. Urquidi's vehicle" (Order at 2);

WHEREAS, on April 20, 2023, Jon's Towing released the vehicle to Plaintiff without payment of any fines or fees;

WHEREAS, the Order directed the parties "to file a stipulation indicating the TRO is moot" the same day the vehicle was released (Order at 2).

NOW THEREFORE, IT IS HEREBY STIPULATED, between Plaintiff and Defendants, subject to the Court's approval, that: as the relief sought by the TRO, the release of the vehicle without the payment of fines, fees, or any other associated cost, has been accomplished, the TRO is moot.

DATED: April 20, 2023

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| LOS ANGELES CITY ATTORNEY'S OFFICE | PUBLIC JUSTICE |
| By: */s/ Joseph S. Persoff*<br>Joseph S. Persoff<br>Attorney for Defendants | By: */s/ Leslie A. Bailey*<br>Leslie A. Bailey<br>Attorney for Plaintiff |