| | |
|---|---|
| LESLIE A. BAILEY (SBN 232690) | BRIAN D. OLNEY (SBN 298089) |
| lbailey@publicjustice.net | bolney@hadsellstormer.com |
| BRIAN HARDINGHAM (SBN 288773) | HADSELL STORMER RENICK & DAI LLP |
| bhardingham@publicjustice.net | 128 North Fair Oaks Avenue |
| PUBLIC JUSTICE | Pasadena, CA 91103 |
| 475 14th St., Ste. 610 | Telephone: (626) 585-9600 |
| Oakland, CA 94612 | |
| Telephone: (510) 622-8150 | |

CHARLES MOORE*
cmoore@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600

*Pro hac vice application pending*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP URQUIDI;<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES OFFICIAL POLICE GARAGE, a non-profit corporation; CITY OF LOS ANGELES POLICE DEPARTMENT, a public entity; MICHEL R. MOORE, in his official capacity; and JON'S TOWING INC., a California corporation.<br><br>  Defendants. | Case No. 2:23-cv-02568-JGB-SP<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AS MOOT (Dkt. No. 5)** |

Upon the parties' Joint Stipulation to Deny Plaintiff's Application for *Ex Parte* Temporary Restraining Order as Moot, and in consideration of all pleadings and proceedings herein, it is hereby:

1  ORDERED, that Plaintiff's Application for *Ex Parte* Temporary Restraining Order (Dkt.
2  No. 5) is denied as moot.

4  DATED: April 21, 2023

```
                                          _____
                                                    JESUS G. BERNAL
                                              United States District Judge
```