UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP URQUIDI;<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; and MICHEL R. MOORE, in his individual capacity.<br><br>　　　　　Defendants. | CASE NO.  2:23-cv-02568-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR THE CITY OF LOS ANGELES TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

ORDER GRANTING STIPULATION TO
EXTEND TIME TO RESPOND

Having reviewed the Stipulation to Extend Time for the City of Los Angeles to Respond to the First Amended Complaint and finding good cause supporting the parties' stipulation,

IT IS HEREBY ORDERED that the time for the City of Los Angeles to respond to the First Amended Complaint shall be extended by 10 days, from May 15, 2023 to May 25, 2023, such that the deadline to respond to the First Amended Complaint for both the City of Los Angeles and Michel R. Moore, constituting all remaining defendants, shall be May 25, 2023.

Dated: May 15, 2023

_____
Hon. Jesus G. Bernal
United States District Judge