| | |
|---|---|
| LESLIE A. BAILEY (SBN 232690) | BRIAN D. OLNEY (SBN 298089) |
| lbailey@publicjustice.net | bolney@hadsellstormer.com |
| BRIAN HARDINGHAM (SBN 288773) | HADSELL STORMER RENICK & DAI LLP |
| bhardingham@publicjustice.net | 128 North Fair Oaks Avenue |
| PUBLIC JUSTICE | Pasadena, CA 91103 |
| 475 14th St., Ste. 610 | Telephone: (626) 585-9600 |
| Oakland, CA 94612 | |
| Telephone: (510) 622-8150 | |

CHARLES MOORE*
cmoore@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP URQUIDI; <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal corporation; and MICHEL R. MOORE, in his individual capacity. <br><br> Defendants. | Case No. 2:23-cv-02568-JGB-SP <br><br> **NOTICE OF DISMISSAL OF CLAIMS AS TO DEFENDANTS CITY OF LOS ANGELES AND MICHEL R. MOORE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Phillip Urquidi hereby dismisses all claims brought in this action against

Defendants City of Los Angeles (the "City") and Michel R. Moore ("Chief Moore") with prejudice.

Plaintiff is dismissing the causes of action against the City and Chief Moore with prejudice. Plaintiff has reached a settlement agreement with the City and Chief Moore.

Except as provided in the settlement agreement, each party is to bear its own attorney's fees, costs, and expenses.

Neither the City nor Chief Moore has filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

DATED: September 8, 2023

                                              Respectfully Submitted,

                                              PUBLIC JUSTICE

                                              By: */s/ Charles Moore*
                                              Charles Moore
                                              Attorney for Plaintiff